# EXHIBIT 6

EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

STC.UNM,

            Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC., SAMSUNG SEMICONDUCTOR, INC.,
and SAMSUNG AUSTIN
SEMICONDUCTOR, LLC,

            Defendants.

Case No. 6:19-cv-329-ADA

**DECLARATION OF JEFFREY BOKOR, PH.D.
IN SUPPORT OF
<u>SAMSUNG'S OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Jeffrey Bokor, hereby declare, affirm and state the following:

1. The facts set forth below are known to me personally and I have firsthand knowledge of them.

2. I make this Declaration in support of Samsung's Opening Claim Construction Brief in this action.

3. A copy of my CV as well as a listing of cases in which I have testified as an expert at trial or by deposition in the last four years is attached as Exhibit A to this Declaration.

4. I am being compensated at the rate of $600 per hour for my work in connection with this action. My compensation in this action is not dependent in any way on the contents of this Declaration, the substance of any further opinions or testimony that I may provide, or the ultimate outcome of this action.

5. I received a B.S. degree in Electrical Engineering from the Massachusetts Institute of Technology in 1975, an M.S. degree in Electrical Engineering from Stanford University in 1976, and a Ph.D. degree in Electrical Engineering from Stanford University in 1980.

6. From 1980 until 1992, I was employed at AT&T Bell Laboratories, where I worked on laser physics, optoelectronics, semiconductor physics, and integrated circuit technology, among other topics. In particular, I worked on semiconductor surface and interface physics, advanced lithography for integrated circuits, and silicon metal-oxide-semiconductor field-effect transistor (MOSFET) device design and fabrication technology.

7. In 1992, I joined the faculty of the department of Electrical Engineering and Computer Sciences (EECS) at the University of California at Berkeley (UCB) as a Professor, with a joint appointment as a Faculty Scientist at the Lawrence Berkeley National Laboratory (LBNL). In 2008, I was appointed as a Senior Faculty Scientist at LBNL, and I continue to hold that title. I

also currently hold the Paul Gray Distinguished Professorship (an endowed Chair) in Engineering at UCB. From 2012-2017, I served as Associate Dean for Research in the College of Engineering at UCB. In 2017, I was appointed as Chair of the Electrical Engineering Division in the EECS Department at UCB, and Associate Chair of the Department. In July 2019, I was appointed as Chair of the EECS Department, and I continue to serve in this capacity.

8.     Since joining the EECS Department at UCB, I have continued to do research on silicon integrated circuit technologies, including MOSFET transistor design, and complementary metal-oxide-semiconductor (CMOS) fabrication process technology. In particular, during the late 1990's and early 2000's I worked and published extensively on FinFET technology.

9.     At UCB, I have taught classes at both the undergraduate and graduate level in optics, lasers, semiconductor physics and devices, and semiconductor process technology.

10.    I have been elected Fellow of the Institute for Electrical and Electronic Engineers (IEEE), the American Physical Society (APS), and the Optical Society of America (OSA). During my career, I have served on numerous Program Committees, Scientific Advisory Committees, and Technical Advisory Boards. I have served as Chair or Co-Chair of numerous technical conferences. I have published over 330 articles in the scientific and technical literature and have been awarded 12 patents in the areas of electronic devices and nanofabrication technologies.

11.    In all, I have over 30 years of experience working and teaching in the field of semiconductor device design and engineering, micro- and nano-fabrication, and CMOS process technology.

12.    I have reviewed the U.S. Patent No. 9,142,400 ("the '400 patent") and its file history.

13.     I have been informed and understand that the plain and ordinary meaning, if any, for a claim term in a patent is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention.

14.     I am informed and understand that the relevant period for the '400 patent may range from around the provisional filing date of July 17, 2012 to around the non-provisional filing date of July 17, 2013

15.     It is my opinion based upon a review of the patent file histories that a person of ordinary skill in the art ("POSITA") during this period would have had a master's degree or higher in material science, physics, electrical engineering, or related disciplines, and three to four years of experience in the design and fabrication of field effect transistors (FETs).  More education can supplement practical experience and vice versa.  I was one of at least ordinary skill in the art during this period.

16.     I have been asked for my opinion regarding the meaning of certain claim terms appearing in the claims of the '400 patent. My opinion is based on my experience as one of at least ordinary skill in the field of the '400 patent during the relevant period, my experience interacting with others of ordinary skill in the art during this time, as well as contemporaneous literature during this time.

**"heteroepitaxial layer"**

17.     I am informed and understand that Samsung proposes the proper construction for the term "heteroepitaxial layer" is "an epitaxially grown crystalline layer of material different from the crystalline material on which it is grown."   STC's proposed construction is "the layer of material, different from the material of the seed area, that has been grown such that its atoms line up as if they are a continuation of the starting crystal structure of the seed area material."  For the

4

reasons set forth below, it is my opinion that Samsung's proposed construction is consistent with how a POSITA would understand this term, whereas STC's proposed construction would be unduly narrow and inconsistent with its customary meaning to a POSITA.

18.     Heteroepitaxial layer is a term of art within the field of material science, physics, electrical engineering, and other related disciplines related to the fabrication of semiconductor devices.  The Web of Science database of scientific journal publications from the year 2012 or earlier shows over 310 publications with the terms "heteroepitaxy" or "heteroepitaxial" in the title and over 800 publications with one or both of those terms appearing somewhere within the text of the publication.

19.     Heteroepitaxial growth is one form of epitaxial growth, with homoepitaxial growth being another.   The two forms share many similarities, with one key difference being that heteroepitaxial growth refers to the growth of a layer of one crystalline material (the epitaxial layer) that is a ***different*** material than the underlying crystalline material (*e.g.*, the substrate) on which it is grown (indicated by the prefix "hetero"), while homoepitaxial growth refers to the growth of the ***same*** crystalline material (indicated by the prefix "homo").   *See e.g.,* Exhibit 2, US2008/0303033, at para 24 ("When the crystals grown are the same of [sic] those of the substrate, the growth is 'homoepitaxial' and when the crystals grown are different from those of the substrate, the growth is 'heteroepitaxial.'").

20.     The ***crystalline*** property of the materials is important for epitaxial growth, because there is a distinct relationship between the crystalline structures of the two materials in epitaxial growth.  This is in contrast to a more general process of depositing a layer of one material on another, where the deposited material may be non-crystalline (or amorphous), or otherwise lack

such a relationship between the respective crystal structures.  A POSITA would not consider growing a non-crystalline layer of material to be heteroepitaxial growth.

21.     One way to conceptualize why there is a relationship between the crystalline structures is to consider the atoms at the surface of the substrate material.  Unlike the atoms within the interior where each atom is bonded to neighboring atoms on all sides (in accordance with the atomic structure of the element), the surface atoms have "dangling bonds" that effectively serve as bonding sites that attract the next layer of atoms.  Materials grown by epitaxy are guided by this "template" at the exposed surface of the material, and the new material must have a crystal structure that is compatible with the template. Growing an incompatible material on the template is possible, but it will produce a layer that lacks the relationship between the respective crystal structures, and would ordinarily not be considered an epitaxially grown layer of material by a POSITA.

22.     Whether or not the deposited layer can be epitaxially grown on the substrate depends on the material properties of the two respective materials, including the respective crystal structures.  For a homoepitaxial layer, because the growth material is the same as the underlying material, all the material properties (including the crystal structures) of the two are likewise the same.  Therefore, in homoepitaxial growth, the new atoms can "line up as if they are a continuation of the starting crystal structure of the seed area material" with the new layer taking on the same crystal structure, preserving the same symmetry properties of the original crystal structure.

23.     For heteroepitaxial growth, because the layers of material are different, this "continuation of the starting crystal structure" may not necessarily be true, and depends on the crystal structure of the two respective materials.   For example, if germanium (having a diamond cubic crystal structure) is epitaxially grown on silicon (also having a diamond cubic crystal

6

structure), the resulting heteroepitaxial layer of germanium would have atoms that "line up as if they are a continuation of the starting crystal structure of the seed area material."  In this case, the same crystal structure is preserved (*i.e.,* continued), and the epitaxially grown germanium atoms will be aligned in accordance with the diamond cubic crystal structure (*i.e.*, the same crystal structure as in the silicon).  Such a heteroepitaxial layer with the same crystal structure is an example of what the '400 patent refers to as a grown film that has the same symmetry as the seed area material.  '400 patent at 6:19-25.  As is known in the art, a given crystal structure can be defined by the set of symmetry properties (or "symmetry group"), and therefore, two identical crystal structures necessarily share the same symmetry group.

24.     On the other hand, it is possible for heteroepitaxial growth to occur where the grown atoms ***do not*** "line up as if they are a continuation of the starting crystal structure of the seed area material."  This would occur if the two different layers of material have ***different*** crystal structures.  In this case, the original crystal symmetry is ***broken*** at the interface where the new material is grown, where there is an abrupt change to the crystal structure and where the atoms are located in space.  Therefore, the atoms do not "line up as if they are a continuation of the starting crystal structure of the seed area material."

25.     Well-known examples of such heteroepitaxial layers in the art include materials with hexagonal crystal structure epitaxially grown on materials with cubic crystal structures and vice versa.  *See e.g.,*

- Exhibit 3, US 6,083,812 at 4:4-8 (disclosing "heteroepitaxy of (001) Si on the rhombahedral [sic] plane of sapphire in which a ***cubic*** semiconductor heteroepitaxially grows on a ***hexagonal*** substrate") (emphasis added).  Here,

silicon ("Si") has a diamond cubic crystal structure, and sapphire has a hexagonal crystal structure.

- Exhibit 4, US 8,324,660 at 15:3-9 (disclosing growth of "hexagonal semiconductors such as III-nitrides on Si ... [where] Si is a cubic crystal); 15:31-58 (describing the growth of hexagonal materials on the (111) surface of a cubic silicon substrate, and referring to the region of such growth as "heteroepitaxial region," noting that "if small areas of hexagonal semiconductor material are desired for device active areas, the heteroepitaxial overgrowth regions expanding from the individual openings can be planarized"); *see also id.* at Figs. 5A and 5B showing heteroepitaxial growth of hexagonal crystalline material on the silicon (cubic) substrate.

- Exhibit 5, US 2011/0147791 at para 0046 ("***Heteroepitaxy*** is a kind of epitaxy performed with ***materials that are different from each other***") (emphases added); para 0065 (disclosing "a ***hexagonal crystal*** semiconductor layer may be grown on the {111} plane of a ***face centered cubic substrate***") (emphases added); para 0102 (disclosing "growing {0001} wurtzite [a form of hexagonal crystal structure] InGaN alloys ... on the {111} plane of a cubic crystal...").

26.     In these examples, the heteroepitaxial layers have a new and ***different*** crystal structure than the material on which it is grown (e.g., the substrate).  Importantly, this means that the crystal structure symmetry is different between the deposited material and the substrate material, and the relative position of the atoms within the crystal structure are likewise different. This is illustrated in the three-dimensional perspective views of exemplary cubic and hexagonal crystal structures below.



27.     The left side of the figures above show the respective "unit cells" of a simple cubic

crystal structure (top) and a hexagonal crystal structure (bottom).  A unit cell is the smallest

structure that has the same symmetry properties as the full crystal, and the unit cell is repeated

throughout the crystal structure. The repeating of the unit cell means the atoms "line up" at positions in space consistent with the repeating unit cell (as depicted in the right side of the figures). Therefore, a material with a ***cubic crystal structure*** has a unit cell in the shape of a ***cube***, and that cubic unit cell is repeated in all directions to fill up the available space (as depicted on the right side of the top figure). On the other hand, a material with a ***hexagonal*** crystal structure has a unit cell in the shape of a ***hexagonal prism*** which is repeated in all directions to fill up the available space (as depicted on the right side of the bottom figure). Therefore, atoms in a hexagonal crystal structure "line up" at positions in space consistent with the repeating hexagonal unit cell, which is ***different*** from how atoms line up for the cubic unit cell, as shown above.

28. Accordingly, in these examples of heteroepitaxy cited in paragraph 25 above where a material with a hexagonal crystal structure is epitaxially grown on a material with a cubic crystal structure (or vice versa), a POSITA would understand that the grown layer is a heteroepitaxial layer, even though the newly grown atoms ***do not*** "line up" as if they are a "continuation" of the original crystal structure. A POSITA would understand that if the atoms line up as a continuation of the original crystal structure, they would have the same crystal structure. Instead, the newly deposited atoms conform to a different crystal structure with lattice sites that differ from the sites of the original crystal structure if it had "continued."

29. Based on these examples of heteroepitaxial layers described in the art where the new material is grown on a material with a different crystal structure, it is clear that STC's proposed construction is incorrect. STC's construction adds a requirement that the "atoms line up as if they are a continuation of the starting crystal structure of the seed area material" which would exclude these layers of material that a POSITA would understand to be a heteroepitaxial layer.

30.     Further, based on my review of the '400 patent, it is my opinion that the term "heteroepitaxial layer" is also used broadly consistently within the '400 patent specification, consistent with the ordinary meaning within the art.  In particular, the '400 patent expressly states that "[i]n *any* of the embodiments of FIGS. 5 to 9, the seed areas can comprise *any of the semiconductor materials described* for seed areas in the present disclosure; and the materials subsequently grown thereon can comprise *any of the heteroepitaxial grown semiconductors* described herein." '400 patent at 8:24-29.   One such material disclosed for the seed area is sapphire.  *Id.* at 5:6-13 ("The Nanostructured pedestals 12 are comprised of any suitable material capable of acting as a seed layer for subsequent epitaxial growth… Other suitable materials include … sapphire.").  A heteroepitaxial layer material disclosed is germanium.  *Id.* at 6:7-17 ("In an embodiment, the heteroepitaxial layer comprises a Group III-V semiconductor material… The techniques described also apply to semiconductor materials other than III-V materials, such as Ge.").

31.     Therefore, the '400 patent uses the term heteroepitaxial layer to include an epitaxially grown layer of germanium (having a diamond cubic crystal structure) on sapphire (having a hexagonal crystal structure), even though the germanium atoms do not copy the underlying sapphire crystal structure, or otherwise line up as if they are a continuation of the starting crystal structure, as explained above.

I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed on December 12, 2019 in Berkeley, California.

_____
Jeffrey Bokor, Ph. D.

# EXHIBIT A

# Jeffrey Bokor, Ph.D.

Paul R. Gray Distinguished Professor          Phone: (510)642-4134
Chair, EE Division                            jbokor@eecs.berkeley.edu
Associate Chair, EECS Department
University of California                       www.eecs.berkeley.edu/~jbokor
Berkeley, CA 94720

## Expertise

- Electronics
- Nanofabrication
- Nanotechnology
- Device Physics
- Nanomagnetics and Spintronics

- Optics and Optoelectronics
- Laser Technology
- Semiconductor Physics
- Semiconductor Process
- VLSI Technology

## Professional Summary
## Education

| Year | College/University | Degree |
|------|--------------------|--------|
| 1980 | Stanford University | Ph.D., Electrical Engineering |
| 1976 | Stanford University | MS, Electrical Engineering |
| 1975 | Massachusetts Institute of Technology | BS, Electrical Engineering |

## Employment History

From:   1993        University of California, Department of Electrical Engineering and
                    Computer Science
To:     Present     Berkeley, CA
        Position:   Professor

- Department Chair, Department of Electrical Engineering and Computer Sciences, 2019-present
- Chair, EE Division, Associate Department Chair, Department of Electrical Engineering and Computer Sciencse, 2017-2019
- Associate Dean for Research, College of Engineering, 2012-2017
- Joint Appointment: 2008-present , Faculty Senior Scientist, Lawrence Berkeley National Laboratory
- Joint Appointment: 2004-2012, Deputy Director for Science, The Molecular Foundry, Lawrence Berkeley National Laboratory
- Joint Appointment: 1993-2004, Group Leader for Advanced Lithography, Center for X-ray Optics, Lawrence Berkeley National Laboratory

**Current research interests:**
- Nanomagnetics and spintronics
- Ultrafast laser studies of materials

**Updated December 9, 2019**

# Curriculum Vitae - Jeffrey Bokor

- Carbon electronics
- Nanophotonics

**Classroom teaching:**
- Undergraduate and graduate courses in semiconductor physics and technology
- Undergraduate and graduate courses in optical physics and engineering
- Freshman seminar introduction to electrical engineering

From: 1980   AT&T, Bell Laboratories
To: 1993   Holmdel and Murray Hill, NJ
Position:

1990-93   Ultra-Large Scale Integrated Circuits (ULSI) Technology Research Department. Department Head. Murray Hill, NJ Leader of group of 15 Ph.D. scientists, 35 total technical personnel. Responsible for directing research to create technologies relevant to silicon IC manufacturing in the year 2000. Also responsible for continuing improvement and operation of 20,000 sq. ft. Class 100 research cleanroom facility. Experience included:
- ULSI Process integration
- Deep sub-micron silicon MOSFET device physics
- Device and circuit design
- Advanced process and device modeling software
- Advanced lithography

1987-90   Laser Science Research Department. Department Head, Holmdel, NJ. Leader of group of 10 Ph.D. scientists, 20 total technical personnel. Managed diverse program of basic research in optical physics. Conducted high visibility research program, including:
- X-ray lithography
- Nonlinear optics
- Picosecond optoelectronics
- Femtosecond phenomena in electronic materials
- Fiber optics
- Atomic physics

1980-87   Quantum Electronics Research Department. Member of Technical Staff, Holmdel, NJ. Independently directed basic research, including:
- Nonlinear optics
- Picosecond optoelectronics
- Semiconductor device physics
- Ultraviolet laser technology

## Major Research Accomplishments (1980-Present)
- Demonstration of spin-transfer-torque magnetic recording (2019)
- Demonstration of 7 nm magnetic memory using scanned probe magnetic tunnel junction readout (2018)

**Resume of Jeffrey Bokor, Ph.D.**      2

# Curriculum Vitae - Jeffrey Bokor

- Experimental demonstration of ultrafast (<10 psec) magnetic switching by pure charge current pulses (2017)
- High performance bottom-up chemically synthesized graphene nanoribbon transistors (2017)
- Experimental demonstration of the ultimate lowest switching energy set by fundamental physics (Landauer's principle) in single-bit operations on nanomagnetic memory bits (2016)
- Demonstration of spin transfer torque switching in sub-10 nm size magnetic tunnel junctions (2016)
- Demonstration of fluid-suspended magnetic particle manipulation using multiferroic magnetic actuation (2015)
- Direct optical detection of current induced spin accumulation in non-magnetic metals (2015)
- Demonstration of sub-nsec signal propagation in nanomagnetic logic (2015)
- Electric field control of magnetic domain walls for manipulation of magnetic particles in microfluidics (2014)
- High performance nanoscale solution processed carbon nanotube transistors (2013)
- Bottom-up chemically synthesized graphene nanoribbon transistors (2013)
- Nanoscale hyperspectral imaging with tapered plasmonic "Campanile" tip (2012)
- Demonstration of nanomagnetic logic signal propagation (2012)
- Demonstration of fundamental thermodynamic limit of energy dissipation in magnetic memory and logic (2011)
- Demonstration of bandgap and sub-band formation in graphene nanomesh superlattice transistors (2010)
- Self-assembly of gold nanoparticle chain structures for nanophotonics using DNA origami (2010)
- Measurement of Schottky contact junction capacitance, doping profiles and carrier mobility in single semiconductor nanowire and carbon nanotube transistors using ultrasensitive C-V measurements (2009)
- Label-free DNA biosensors using functionalized carbon nanotube transistors (2009)
- Directed assembly of nanophotonic device structure using DNA nanotechnology (2009)
- Theory of spin-dependent scattering in silicon MOSFET transistors (2009)
- Proposed new concepts for nanomagnetic logic technology (2008)
- Study of spin-dependent scattering from impurity donors in silicon MOSFETs for use in quantum computing (2007)
- Measurement of spin coherence of antimony donors in silicon near silicon dioxide interfaces (2006)
- First observation of Stark tuning of donor electron spins in silicon, a key step towards implementation of quantum logic in silicon technology (2006)
- First monolithic integrated circuit with both carbon nanotube and silicon MOS transistors (2004)
- Development of a monolithic inkjet printhead array capable of sub-3 $\mu$m droplet generation (2004)
- Study of surface and bulk acoustic phonon excitations in superlattices using picosecond ultrasonics (2003)

## Curriculum Vitae - Jeffrey Bokor

- Invention and demonstration of "spacer lithography", a sub-10 nm patterning technology for nano-catalysts and DNA label-free hybridization detection (2003)
- Development of 10 nm gate-length MOSFET devices (2002)
- Demonstration of extreme ultraviolet lensless Fourier transform holography (2001)
- Demonstration of 30 nm lithography using extreme ultraviolet radiation (2001)
- Demonstration of aberration testing and alignment optimization of a commercial prototype four-mirror ring field extreme ultraviolet optical system using at-wavelength interferometry (2000)
- Development of complementary silicide source/drain technology for sub-20 nm MOSFET devices (2000)
- Development of picosecond ultrasonic characterization of Mo/Si extreme ultraviolet multilayer reflectors (1999)
- Development of 17 nm gate-length FinFET devices (1999)
- First demonstration of the "FinFET", a manufacturable double-gate MOSFET with 25 nm gate-length (1998)
- Development of at-wavelength defect detection metrology for extreme ultraviolet lithography (1998)
- Co-invention and demonstration of the phase-shifting, point diffraction interferometer, and application to high-accuracy wavefront metrology of extreme ultraviolet lithography optics (1996)
- First demonstration of working MOS devices fabricated with extreme ultraviolet lithography (1996)
- Direct, quantitative measurement of saturation velocity and overshoot velocity in MOS inversion layers (1994)
- Demonstration of interferometry at extreme ultraviolet wavelengths for characterization of lithography optics (1994)
- First direct observation of non-thermal energy distributions and thermalization dynamics in laser-excited metal films (1992)
- Development of 89 GHz f T Si MOSFET transistors with 0.15 mm channel length (1992)
- First feasibility demonstration of diffraction-limited extreme ultraviolet projection lithography (1990)
- First direct observation of surface state kinetics during semiconductor surface recombination (1989)
- Invention and demonstration of the coplanar vacuum photodiode, an ultrafast, high sensitivity photodetector for the visible and ultraviolet (1987)
- First demonstration of time-resolved photoemission for measurement of picosecond electronic signals in integrated circuits (1986)
- First direct detection of band-gap states at GaAs Schottky barrier interfaces (1986)
- Application of time-resolved photoemission to the first measurement of picosecond electron dynamics on InP, GaAs, and Si surfaces (1985)
- Invention and demonstration of picosecond time-resolved ultraviolet photoemission spectroscopy for the study of electron dynamics at semiconductor surfaces (1985)
- Development of a source of 35.5 nm coherent radiation by seventh harmonic generation in a pulsed jet. At the time, this was the shortest wavelength source of coherent radiation yet demonstrated (1983)

## Curriculum Vitae - Jeffrey Bokor

- Invention of the pulsed jet harmonic generator for the production of extreme ultraviolet coherent radiation (1983)
- First picosecond pulse krypton-fluoride excimer laser (1982)
- First demonstration of an autoionization pumped laser (1982)
- First third harmonic generation using an excimer laser (1980)
- Development of the first tunable, single-mode excimer laser system (1980)

## Technical Consulting

| | | |
|---|---|---|
| From: | 2001 | Rodel, Inc. |
| To: | 2002 | Newark, DE |
| | Position: | Technical advisory board member for extreme ultraviolet lithography |

| | | |
|---|---|---|
| From: | 2002 | Alpha Golf, Inc. |
| To: | 2002 | Kensington, CA |
| | Position: | Technical consultant |

| | | |
|---|---|---|
| From: | 2002 | University Technology Ventures, Inc. |
| To: | present | Pleasanton, CA |
| | Position: | Technical consultant |

| | | |
|---|---|---|
| From: | 2002 | Veeco Metrology Group |
| To: | 2006 | Santa Barbara, CA |
| | Position: | Technical advisory board member |

## Litigation Support

Consulting and expert witness on patent validity and infringement in 30+ cases since 1998. Equipment inspections. Testimonial experience at deposition and trial. Full list available on request.

## Patents

1. Yang Yang, Jon Gorchon, Richard Wilson, Charles-Henri Lambert, Sayeef Salahuddin, Jeffrey Bokor, "Writing of a magnetic memory with electric pulses," US 10,388,349 B2, August 2019.
2. Thomas Schenkel, Cheuk Chi LO, Christoph Weis, Stephen Lyon, Alexei Tyryshkin, Jeffrey Bokor, "Scalable quantum computer architecture with coupled donor-quantum dot qubits," US 8,816,325 B2, August 2014
3. Brian Lambson, Zheng Gu, David Carlton, Jeffrey Bokor, "Concave nanomagnets with widely tunable anisotropy," US 8,766,754 B2, July 2014
4. Ji Zhu, Jeff Grunes, Yang-Kyu Choi, Jeffrey Bokor, Gabor Somorjai, "Methods for Fabrication of Positional and Compositionally Controlled Nanostructures on Substrate," US 8,486,287 B2, July 2013

# Curriculum Vitae - Jeffrey Bokor

5. Jeffrey Bokor, Nathan C. Emley, David Carlton, "Nanomagnetic signal propagation and logic gates," US 8,134,441 B1, March, 2012
6. David Carlton, Nathan C. Emley, Jeffrey Bokor, "Nanomagnetic Register," US 8,138,874 B1, March, 2012
7. Jeffrey Bokor, Patrick Naulleau, "System For Interferometric Distortion Measurements That Define An Optical Path," US 6,559,952 B1, May, 2003
8. Jeffrey Bokor, Yun Lin, "Method And Apparatus For Inspecting Reflection Masks For Defects," US 6,555,828 B1, April, 2003
9. Jeffrey Bokor, Seongtae Jeong, "Multi-Level Scanning Method for Defect Inspection," US 6,484,306 B1, November 2002
10. Chenming Hu, Tsu-Jae King, Vivek Subramanian, Leland Chang, Xuejue Huang, Yang-Kyu Choi, Jakub Tadeusz Kedzierski, Nick Lindert, Jeffrey Bokor, Wen-Chin Lee, "FINFET Transistor Structures having a Double Gate Channel Extending Vertically From a Substrate and Methods of Manufacture," US 6,413,802 B1, July 2002
11. Jeffrey Bokor, Anthony M. Johnson, "High Speed Photodetector Having Dual Transmission Line Geometry," US 4,933,542 A, June 1990
12. Jeffrey Bokor, Anthony M. Johnson, Ralph H. Storz, "High Speed Circuit Measurements Using Photoemission Sampling," US 4,721,910 A, January, 1988

## Professional Associations, Service, and Awards

- Fellow, Optical Society of America
- Fellow, American Physical Society
- Fellow, Institute of Electronics and Electrical Engineers
- Senior Scientist, Lawrence Berkeley National Laboratory
- American Association for the Advancement of Science
- Paul R. Gray Distinguished Professorship in Electrical Engineering and Computer Sciences, 2015-present
- National Semiconductor Distinguished Professorship in Engineering, University of California, 2007-2015
- Deputy Director, Center for Energy Efficient Electronic Science, an NSF Science and Technology Center headquartered at Berkeley, 2010-present.
- Co-Chair, 5th  Berkeley Symposium on Energy Efficient Electronic Systems, 2017
- Co-Chair, 4th  Berkeley Symposium on Energy Efficient Electronic Systems, 2015
- Co-Chair, 3rd  Berkeley Symposium on Energy Efficient Electronic Systems, 2013
- Co-Chair, 2nd  Berkeley Symposium on Energy Efficient Electronic Systems, 2011
- Co-Chair, 1st Berkeley Symposium on Energy Efficient Electronic Systems, 2009
- Scientific Advisory Board, Catalan Institute for Nanoscience (ICN), Autonomous University of Barcelona, 2007-present
- Scientific Advisory Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 2006-2010
- IEEE Paul Rappaport Award for best paper of the year published in Electron Device Society journals, 2002
- DARPA Most Significant Technical Accomplishment Award, 2000
- Program Committee, CMOS devices, International Electron Devices Meeting, 1999-2000

## Curriculum Vitae - Jeffrey Bokor

- Scientific Advisory Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 1998-2002
- Technical Advisory Committee, Laser Science and Technology Program, Lawrence Livermore National Laboratory, 1996-1997
- General Co-chair, Quantum Electronics and Laser Science Conference, Baltimore, MD, 1997
- Program Committee, Topical Meeting on Extreme Ultraviolet Lithography, Boston, MA, 1996
- Users Executive Committee, Advanced Light Source, Lawrence Berkeley National Laboratory, 1994-1998
- Program Co-chair, Quantum Electronics and Laser Science Conference, Baltimore, MD, 1995
- Technical Council, Optical Society of America, 1991-1994
- Chairman, Technical Group on X-ray and XUV Physics, Optical Society of America, 1991-1994
- Program Committee, Topical Meeting on Soft X-ray Projection Lithography, Monterey, CA, April, 1992
- Cochairman, Topical Meeting on Soft X-ray Projection Lithography, Monterey, CA, April, 1991
- Cochairman, Topical Meeting on Short Wavelength Coherent Radiation, Generation and Applications, Monterey, CA, March, 1986
- Program Committee, Conference on Lasers and Electro-Optics (CLEO) '84, Anaheim, CA, June, 1984
- Program Committee, Topical Meeting on Laser Techniques in the Extreme Ultraviolet, Boulder, CO, March, 1984
- Program Committee, Topical Meeting on Excimer Lasers, Lake Tahoe, NV, January, 1983
- Program Committee, Topical Meeting on Laser Techniques for Extreme Ultraviolet Spectroscopy, Boulder, CO, March 1982

# Curriculum Vitae - Jeffrey Bokor

## Publications

1. J. Hong, X. Li, O. Lee, W. Tian, S. Khizroev, J. Bokor, and L. You, "Demonstration of spin transfer torque (STT) magnetic recording," Appl. Phys. Lett., vol. 114, p. 243101, 2019.

2. B. Navarrete, M. Stone, P. Wang, R. Guduru, K. Luongo, A. Hadjikhani, D. Toledo, Y. Emirov, B. Arkook, P. Liang, J. Hong, J. Bokor, and S. Khizroev, "Nanomagnetic Particle-Based Information Processing," IEEE Trans. Nanotechnol., vol. 18, pp. 983-988, 2019.

3. G. Pitner, G. Hills, J. P. Llinas, K. M. Persson, R. Park, J. Bokor, S. Mitra, and H. P. Wong, "Low-Temperature Side Contact to Carbon Nanotube Transistors: Resistance Distributions Down to 10 nm Contact Length," Nano Lett, vol. 19, no. 2, pp. 1083-1089, Feb 13 2019.

4. J. Hong, T. Yang, A. N'Diaye, J. Bokor, and L. You, "Effects of Interface Induced Natural Strains on Magnetic Properties of FeRh," Nanomaterials, vol. 9, no. 4, p. 574, 2019.

5. A. El-Ghazaly, B. Tran, A. Ceballos, C.-H. Lambert, A. Pattabi, S. Salahuddin, F. Hellman, and J. Bokor, "Ultrafast magnetization switching in nanoscale magnetic dots," Applied Physics Letters, vol. 114, no. 23, p. 232407, 2019.

6. Z. Xiao, R. Lo Conte, C. Chen, C. Y. Liang, A. Sepulveda, J. Bokor, G. P. Carman, and R. N. Candler, "Bi-directional coupling in strain-mediated multiferroic heterostructures with magnetic domains and domain wall motion," Scientific Reports, vol. 8, p. 5207, Mar 26 2018.

7. Z. Xiao, R. Khojah, M. Chooljian, R. L. Conte, J. D. Schneider, K. Fitzell, R. V. Chopdekar, Y. Wang, A. Scholl, J. Chang, G. P. Carman, J. Bokor, D. Di Carlo, and R. N. Candler, "Cytocompatible magnetostrictive microstructures for nano- and microparticle manipulation on linear strain response piezoelectrics," Multifunctional Materials, vol. 1, p. 014004, 2018.

8. S. Smith, J. P. Llinás, J. Bokor, and S. Salahuddin, "Negative Differential Resistance and Steep Switching in Chevron Graphene Nanoribbon Field-Effect Transistors," IEEE Electron Device Letters, vol. 39, pp. 143-146, 2018.

9. J. Hong, K. Dong, J. Bokor, and L. You, "Self-assembled single-digit nanometer memory cells," Applied Physics Letters, vol. 113, p. 062404, 2018.

10. Z. Xiao, K. P. Mohanchandra, R. Lo Conte, C. Ty Karaba, J. D. Schneider, A. Chavez, S. Tiwari, H. Sohn, M. E. Nowakowski, A. Scholl, S. H. Tolbert, J. Bokor, G. P. Carman, and R. N. Candler, "Enhanced magnetoelectric coupling in a composite multiferroic system via interposing a thin film polymer," AIP Advances, vol. 8, 055907, 2018.

11. R. Lo Conte, Z. Xiao, C. Chen, C. V. Stan, J. Gorchon, A. El-Ghazaly, M. E. Nowakowski, H. Sohn, A. Pattabi, A. Scholl, N. Tamura, A. Sepulveda, G. P. Carman, R. N. Candler, and J. Bokor, "Influence of Nonuniform Micron-Scale Strain Distributions on the Electrical Reorientation of Magnetic Microstructures in a Composite Multiferroic Heterostructure," Nano Lett, vol. 18, pp. 1952-1961, Mar 14 2018.

12. R. Lo Conte, J. Gorchon, A. Mougin, C. H. A. Lambert, A. El-Ghazaly, A. Scholl, S. Salahuddin, and J. Bokor, "Electrically controlled switching of the magnetization

## Curriculum Vitae - Jeffrey Bokor

state in multiferroic BaTiO3/CoFe submicrometer structures," Physical Review Materials, vol. 2, 2018.

13. J. Hong, M. Stone, B. Navarrete, K. Luongo, Q. Zheng, Z. Yuan, K. Xia, N. Xu, J. Bokor, L. You, and S. Khizroev, "3D multilevel spin transfer torque devices," Applied Physics Letters, vol. 112, p. 112402, 2018.

14. Y. Yang, R. B. Wilson, J. Gorchon, C.-H. Lambert, S. Salahuddin, and J. Bokor, "Ultrafast magnetization reversal by picosecond electrical pulses," Science Advances, vol. 3, p. E1603117, 2017.

15. R. B. Wilson, J. Gorchon, Y. Yang, C.-H. Lambert, S. Salahuddin, and J. Bokor, "Ultrafast magnetic switching of GdFeCo with electronic heat currents," Physical Review B, vol. 95, 2017.

16. R. B. Wilson, Y. Yang, J. Gorchon, C. H. Lambert, S. Salahuddin, and J. Bokor, "Electric current induced ultrafast demagnetization," Physical Review B, vol. 96, 2017.

17. H. Sohn, C.-y. Liang, M. E. Nowakowski, Y. Hwang, S. Han, J. Bokor, G. P. Carman, and R. N. Candler, "Deterministic multi-step rotation of magnetic single-domain state in Nickel nanodisks using multiferroic magnetoelastic coupling," J. Magn. Magn. Mater., vol. 439, pp. 196-202, 2017.

18. J. P. Llinas, A. Fairbrother, G. Borin Barin, W. Shi, K. Lee, S. Wu, B. Yong Choi, R. Braganza, J. Lear, N. Kau, W. Choi, C. Chen, Z. Pedramrazi, T. Dumslaff, A. Narita, X. Feng, K. Mullen, F. Fischer, A. Zettl, P. Ruffieux, E. Yablonovitch, M. Crommie, R. Fasel, and J. Bokor, "Short-channel field-effect transistors with 9-atom and 13-atom wide graphene nanoribbons," Nat Commun, vol. 8, p. 633, Sep 21 2017.

19. D. Chen, Z. Chen, Q. He, J. D. Clarkson, C. R. Serrao, A. K. Yadav, M. E. Nowakowski, Z. Fan, L. You, X. Gao, D. Zeng, L. Chen, A. Y. Borisevich, S. Salahuddin, J.-M. Liu, and J. Bokor, "Interface Engineering of Domain Structures in BiFeO3 Thin Films," Nano Letters, vol. 17, pp. 486-493, 2017/01/11 2017.

20. J. Gorchon, Y. Yang, and J. Bokor, "Model for multishot all-thermal all-optical switching in ferromagnets," Physical Review B, vol. 94, p. 020409, 2016.

21. J. Gorchon, R. B. Wilson, Y. Yang, A. Pattabi, J. Y. Chen, L. He, J. P. Wang, M. Li, and J. Bokor, "Role of electron and phonon temperatures in the helicity-independent all-optical switching of GdFeCo," Physical Review B, vol. 94, 2016.

22. Y. Kang, J. Bokor, and V. Stojanovic, "Design Requirements for a Spintronic MTJ Logic Device for Pipelined Logic Applications," IEEE Transactions on Electron Devices, vol. 63, pp. 1754-1761, 2016.

23. J. Hong, B. Lambson, S. Dhuey, and J. Bokor, "Experimental test of Landauer's principle in single-bit operations on nanomagnetic memory bits," Science Advances, vol. 2, e1501492, 2016.

24. J. Hong, A. Hadjikhani, M. Stone, P. Liang, F. Allen, V. Safonov, J. Bokor, and S. Khizroev, "The Physics of Spin-transfer Torque Switching in Magnetic Tunneling Junctions in Sub-10-nm Size Range," IEEE Transactions on Magnetics, vol. PP, pp. 1-1, 2016.

25. S. B. Desai, S. R. Madhvapathy, A. B. Sachid, J. P. Llinas, Q. Wang, G. H. Ahn, G. Pitner, M. J. Kim, J. Bokor, C. Hu, H.-S. P. Wong, and A. Javey, "MoS2 transistors with 1-nanometer gate lengths," Science, vol. 354, pp. 99-102, 2016.

# Curriculum Vitae - Jeffrey Bokor

26. L. You, O. Lee, D. Bhowmik, D. Labanowski, J. Hong, J. Bokor, and S. Salahuddin, "Switching of perpendicularly polarized nanomagnets with spin orbit torque without an external magnetic field by engineering a tilted anisotropy," Proceedings of the National Academy of Sciences, vol. 112, pp. 10310-10315, August 18, 2015 2015.

27. D. Bhowmik, M. E. Nowakowski, L. You, O. Lee, D. Keating, M. Wong, J. Bokor, and S. Salahuddin, "Deterministic Domain Wall Motion Orthogonal To Current Flow Due To Spin Orbit Torque," Scientific reports, vol. 5, p. 11823, 2015.

28. A. Pattabi, Z. Gu, J. Gorchon, Y. Yang, J. Finley, O. J. Lee, H. A. Raziq, S. Salahuddin, and J. Bokor, "Direct optical detection of current induced spin accumulation in metals by magnetization-induced second harmonic generation," Applied Physics Letters, vol. 107, p. 152404, 2015.

29. Y. Lee, Z. Q. Liu, J. T. Heron, J. D. Clarkson, J. Hong, C. Ko, M. D. Biegalski, U. Aschauer, S. L. Hsu, M. E. Nowakowski, J. Wu, H. M. Christen, S. Salahuddin, J. B. Bokor, N. A. Spaldin, D. G. Schlom, and R. Ramesh, "Large resistivity modulation in mixed-phase metallic systems," Nat Commun, vol. 6, 01/07/online 2015.

30. M. M. Sabry Aly, M. Gao, G. Hills, C.-S. Lee, G. Pitner, M. M. Shulaker, T. F. Wu, M. Asheghi, J. Bokor, F. Franchetti, K. E. Goodson, C. Kozyrakis, I. Markov, K. Olukotun, L. Pileggi, E. Pop, J. Rabaey, C. Re, H. S. P. Wong, and S. Mitra, "Energy-Efficient Abundant-Data Computing: The N3XT 1,000x," Computer, vol. 48, pp. 24-33, 2015.

31. Z. Gu, R. Storz, M. Marcus, A. Doran, A. Young, A. Scholl, W. Chao, D. Carlton, B. Lambson, M. Nowakowski, and J. Bokor, "Time-Resolved Photo-Emission Electron Microscopy of Nanomagnetic Logic Chains," in Ultrafast Magnetism I. vol. 159, J. Y. Bigot, W. Hubner, T. Rasing, and R. Chantrell, Eds.,  Cham: Springer Int Publishing Ag, 2015, pp. 281-283.

32. Z. Gu, M. E. Nowakowski, D. B. Carlton, R. Storz, M.-Y. Im, J. Hong, W. Chao, B. Lambson, P. Bennett, M. T. Alam, M. A. Marcus, A. Doran, A. Young, A. Scholl, P. Fischer, and J. Bokor, "Sub-nanosecond signal propagation in anisotropy-engineered nanomagnetic logic chains," Nat Commun, vol. 6, 03/16/online 2015.

33. S.-J. Choi, P. Bennett, D. Lee, and J. Bokor, "Highly uniform carbon nanotube nanomesh network transistors," Nano Research, vol. 8, pp. 1320-1326, 2015/04/01 2015.

34. H. Sohn, M. E. Nowakowski, C.-Y. Liang, J. L. Hockel, K. Wetzlar, S. Keller, B. M. McLellan, M. A. Marcus, A. Doran, A. Young, M. Kläui, G. P. Carman, J. Bokor, and R. N. Candler, "Electrically Driven Magnetic Domain Wall Rotation in Multiferroic Heterostructures to Manipulate Suspended On-Chip Magnetic Particles," ACS Nano, vol. 9, pp. 4814-4826, 2015.

35. Y. Lee, Z. Q. Liu, J. T. Heron, J. D. Clarkson, J. Hong, C. Ko, M. D. Biegalski, U. Aschauer, S. L. Hsu, M. E. Nowakowski, J. Wu, H. M. Christen, S. Salahuddin, J. B. Bokor, N. A. Spaldin, D. G. Schlom, and R. Ramesh, "Large resistivity modulation in mixed-phase metallic systems," Nat Commun, vol. 6, 01/07/online 2015.

36. Z. Gu, R. Storz, M. Marcus, A. Doran, A. Young, A. Scholl, W. Chao, D. Carlton, B. Lambson, and M. Nowakowski, "Time-Resolved Photo-Emission Electron

# Curriculum Vitae - Jeffrey Bokor

Microscopy of Nanomagnetic Logic Chains," in Ultrafast Magnetism I: Springer, 2015, pp. 281-283.

37. Z. Gu, M. E. Nowakowski, D. B. Carlton, R. Storz, M.-Y. Im, J. Hong, W. Chao, B. Lambson, P. Bennett, M. T. Alam, M. A. Marcus, A. Doran, A. Young, A. Scholl, P. Fischer, and J. Bokor, "Sub-nanosecond signal propagation in anisotropy-engineered nanomagnetic logic chains," Nat Commun, vol. 6, 03/16/online 2015.

38. A. R. Schmidt, E. Henry, C. C. Lo, Y. T. Wang, H. Li, L. Greenman, O. Namaan, T. Schenkel, K. B. Whaley, J. Bokor, E. Yablonovitch, and I. Siddiqi, "A prototype silicon double quantum dot with dispersive microwave readout," Journal of Applied Physics, vol. 116, p. 044503, Jul 2014.

39. C. C. Lo, S. Simmons, R. Lo Nardo, C. D. Weis, A. M. Tyryshkin, J. Meijer, D. Rogalla, S. A. Lyon, J. Bokor, T. Schenkel, and J. J. L. Morton, "Stark shift and field ionization of arsenic donors in Si-28-silicon-on-insulator structures," *Applied Physics Letters,* vol. 104, p. 193502, May 2014.

40. D. Lee, M. L. Seol, D. I. Moon, P. Bennett, N. Yoder, J. Humes, J. Bokor, Y. K. Choi, and S. J. Choi, "High-performance thin-film transistors produced from highly separated solution-processed carbon nanotubes," *Applied Physics Letters,* vol. 104, p.143508, Apr 2014.

41. T. Schenkel, C. C. Lo, C. D. Weis, J. Bokor, A. M. Tyryshkin, and S. A. Lyon, "A Spin Quantum Bit Architecture with Coupled Donors and Quantum Dots in Silicon," in Single-Atom Nanoelectronics, E. Prati and T. Shinada, Eds., 2013, pp. 255-279.

42. C. C. Lo, C. D. Weis, J. van Tol, J. Bokor, and T. Schenkel, "All-Electrical Nuclear Spin Polarization of Donors in Silicon," *Physical Review Letters,* vol. 110, p. 57601, Jan 2013.

43. B. Lambson, Z. Gu, M. Monroe, S. Dhuey, A. Scholl, and J. Bokor, "Concave nanomagnets: investigation of anisotropy properties and applications to nanomagnetic logic," *Applied Physics a-Materials Science & Processing,* vol. 111, pp. 413-421, May 2013.

44. S. J. Choi, P. Bennett, K. Takei, C. Wang, C. C. Lo, A. Javey, and J. Bokor, "Short-Channel Transistors Constructed with Solution-Processed Carbon Nanotubes," *ACS Nano,* vol. 7, pp. 798-803, Jan 2013.

45. P. B. Bennett, Z. Pedramrazi, A. Madani, Y.-C. Chen, D. G. de Oteyza, C. Chen, F. R. Fischer, M. F. Crommie, and J. Bokor, "Bottom-up graphene nanoribbon field effect transistors," *Applied Physics Letters*, vol. 103, 253114, 2013.

46. W. Bao, M. Staffaroni, J. Bokor, M. B. Salmeron, E. Yablonovitch, S. Cabrini, A. Weber-Bargioni, and P. J. Schuck, "Plasmonic near-field probes: a comparison of the campanile geometry with other sharp tips," *Optics Express,* vol. 21, pp. 8166-8176, Apr 2013.

47. A. T. Zayak, H. Choo, Y. S. Hu, D. J. Gargas, S. Cabrini, J. Bokor, P. J. Schuck, and J. B. Neaton, "Harnessing Chemical Raman Enhancement for Understanding Organic Adsorbate Binding on Metal Surfaces," *Journal of Physical Chemistry Letters,* vol. 3, pp. 1357-1362, May 2012.

48. W. Bao, M. Melli, N. Caselli, F. Riboli, D. S. Wiersma, M. Staffaroni, H. Choo, D. F. Ogletree, S. Aloni, J. Bokor, S. Cabrini, F. Intonti, M. B. Salmeron, E. Yablonovitch, P. J. Schuck, and A. Weber-Bargioni, "Mapping Local Charge

# Curriculum Vitae - Jeffrey Bokor

Recombination Heterogeneity by Multidimensional Nanospectroscopic Imaging," *Science*, vol. 338, pp. 1317-1321, Dec 2012.

49.  D. Carlton, B. Lambson, A. Scholl, A. Young, P. Ashby, S. Dhuey, and J. Bokor, "Investigation of Defects and Errors in Nanomagnetic Logic Circuits," *IEEE Transactions on Nanotechnology*, vol. 11, pp. 760-762, Jul 2012.

50.  S. J. Choi, C. Wang, C. C. Lo, P. Bennett, A. Javey, and J. Bokor, "Comparative study of solution-processed carbon nanotube network transistors," *Applied Physics Letters,* vol. 101, Sep 2012.

51.  H. Choo, M. K. Kim, M. Staffaroni, T. J. Seok, J. Bokor, S. Cabrini, P. J. Schuck, M. C. Wu, and E. Yablonovitch, "Nanofocusing in a metal-insulator-metal gap plasmon waveguide with a three-dimensional linear taper," *Nature Photonics*, vol. 6, pp. 837-843, Dec 2012.

52.  M. Ilg, C. D. Weis, J. Schwartz, A. Persaud, Q. Ji, C. C. Lo, J. Bokor, A. Hegyi, E. Guliyev, I. W. Rangelow, and T. Schenkel, "Improved single ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B*, vol. 30, Nov 2012.

53.  B. Lambson, Z. Gu, D. Carlton, S. Dhuey, A. Scholl, A. Doran, A. Young, and J. Bokor, "Cascade-like signal propagation in chains of concave nanomagnets," *Applied Physics Letters*, vol. 100, p. 152406, Apr 2012.

54.  C. C. Lo, F. R. Bradbury, A. M. Tyryshkin, C. D. Weis, J. Bokor, T. Schenkel, and S. A. Lyon, "Suppression of microwave rectification effects in electrically detected magnetic resonance measurements," *Applied Physics Letters*, vol. 100, p. 63510, Feb 2012.

55.  M. T. Martinez, Y. C. Tseng, M. Gonzalez, and J. Bokor, "Streptavidin as CNTs and DNA Linker for the Specific Electronic and Optical Detection of DNA Hybridization," *Journal of Physical Chemistry C*, vol. 116, pp. 22579-22586, Oct 2012.

56.  C. D. Weis, C. C. Lo, V. Lang, A. M. Tyryshkin, R. E. George, K. M. Yu, J. Bokor, S. A. Lyon, J. J. L. Morton, and T. Schenkel, "Electrical activation and electron spin resonance measurements of implanted bismuth in isotopically enriched silicon-28," *Applied Physics Letters*, vol. 100, p. 172104, Apr 2012.

57.  A. T. Zayak, Y. S. Hu, H. Choo, J. Bokor, S. Cabrini, P. J. Schuck, and J. B. Neaton, "Chemical Raman Enhancement of Organic Adsorbates on Metal Surfaces," Physical Review Letters, vol. 106, p. 083003, Feb 2011.

58.  J. W. J. Wu, D. Carlton, J. S. Park, Y. Meng, E. Arenholz, A. Doran, A. T. Young, A. Scholl, C. Hwang, H. W. Zhao, J. Bokor, and Z. Q. Qiu, "Direct observation of imprinted antiferromagnetic vortex states in CoO/Fe/Ag(001) discs," *Nature Physics,* vol. 7, pp. 303-306, Apr 2011.

59.  A. Weber-Bargioni, A. Schwartzberg, M. Cornaglia, A. Ismach, J. J. Urban, Y. J. Pang, R. Gordon, J. Bokor, M. B. Salmeron, D. F. Ogletree, P. Ashby, S. Cabrini, and P. J. Schuck, "Hyperspectral Nanoscale Imaging on Dielectric Substrates with Coaxial Optical Antenna Scan Probes," *Nano Letters,* vol. 11, pp. 1201-1207, Mar 2011.

60.  Z. Liu, R. Brandt, Y. Yahagi, B. Hansen, B. Harteneck, J. Bokor, A. R. Hawkins, and H. Schmidt, "Detecting single nanomagnet dynamics beyond the diffraction

# Curriculum Vitae - Jeffrey Bokor

limit in varying magnetostatic environments," *Applied Physics Letters,* vol. 98, Jan 2011.

61.   V. L. V. Lang, C. C. Lo, R. E. George, S. A. Lyon, J. Bokor, T. Schenkel, A. Ardavan, and J. J. L. Morton, "Electrically detected magnetic resonance in a W-band microwave cavity," *Review of Scientific Instruments,* vol. 82, p. 034704, Mar 2011.

62.   B. Lambson, D. Carlton, and J. Bokor, "Exploring the Thermodynamic Limits of Computation in Integrated Systems: Magnetic Memory, Nanomagnetic Logic, and the Landauer Limit," Physical Review Letters, vol. 107, p. 010604, Jul 2011.

63.   J. Wu, D. Carlton, E. Oelker, J. S. Park, E. Jin, E. Arenholz, A. Scholl, H. Chanyong, J. Bokor, and Z. Q. Qiu, "Switching a magnetic vortex by interlayer coupling in epitaxially grown Co/Cu/Py/Cu(001) trilayer disks," *J. Phys., Condens. Matter.,* vol. 22, pp. 342001 (4 pp.)-342001 (4 pp.), 1 September 2010.

64.   Y. C. Tseng and J. Bokor, "Characterization of the junction capacitance of metal-semiconductor carbon nanotube Schottky contacts," *Applied Physics Letters,* vol. 96, p. 013103, Jan 2010.

65.   M. T. Martinez, Y. C. Tseng, J. P. Salvador, M. P. Marco, N. Ormategui, I. Loinaz, and J. Bokor, "Electronic Anabolic Steroid Recognition with Carbon Nanotube Field-Effect Transistors," *Acs Nano,* vol. 4, pp. 1473-1480, Mar 2010.

66.   X. Liang, Y.-S. Jung, S. Wu, A. Ismach, D. L. Olynick, S. Cabrini, and J. Bokor, "Formation of Bandgap and Subbands in Graphene Nanomeshes with Sub-10 nm Ribbon Width Fabricated via Nanoimprint Lithography," *Nano Letters,* vol. 10, pp. 2454-2460, 2010.

67.   Ismach, C. Druzgalski, S. Penwell, A. Schwartzberg, M. Zheng, A. Javey, J. Bokor, and Y. G. Zhang, "Direct Chemical Vapor Deposition of Graphene on Dielectric Surfaces," *Nano Letters,* vol. 10, pp. 1542-1548, May 2010.

68.   Q. Ding, Z. T. Deng, H. Yan, S. Cabrini, R. N. Zuckermann, and J. Bokor, "Gold Nanoparticle Self-Similar Chain Structure Organized by DNA Origami," *Journal of the American Chemical Society,* vol. 132, pp. 3248-+, Mar 2010.

69.   D. Weis, A. Schuh, A. Batra, A. Persaud, I. W. Rangelow, J. Bokor, C. C. Lo, S. Cabrini, D. Olynick, S. Duhey, and T. Schenkel, "Mapping of ion beam induced current changes in FinFETs," *Nuclear Instruments & Methods in Physics Research, Section B-Beam Interactions with Materials and Atoms,* vol. 267, pp. 1222-1225, 2009.

70.   T. Schenkel, C. C. Lo, C. D. Weis, A. Schuh, A. Persaud, and J. Bokor, "Critical issues in the formation of quantum computer test structures by ion implantation," *Nuclear Instruments & Methods in Physics Research Section B-Beam Interactions with Materials and Atoms,* vol. 267, pp. 2563-2566, Aug 2009.

71.   M. T. Martinez, Y. C. Tseng, N. Ormategui, I. Loinaz, R. Eritja, and J. Bokor, "Label-Free DNA Biosensors Based on Functionalized Carbon Nanotube Field Effect Transistors," *Nano Letters,* vol. 9, pp. 530-536, Feb 2009.

72.   C. Lo, A. Persaud, S. Dhuey, D. Olynick, F. Borondics, M. C. Martin, H. A. Bechtel, J. Bokor, and T. Schenkel, "Device fabrication and transport measurements of FinFETs built with Si-28 SOI wafers toward donor qubits in silicon," *Semiconductor Science and Technology,* vol. 24, p. 105022, Oct 2009.

## Curriculum Vitae - Jeffrey Bokor

73. C. Garnett, Y. C. Tseng, D. R. Khanal, J. Q. Wu, J. Bokor, and P. D. Yang, "Dopant profiling and surface analysis of silicon nanowires using capacitance-voltage measurements," *Nat. Nanotechnol.,* vol. 4, pp. 311-314, May 2009.

74. C. Ford, J. C. Ho, Y. L. Chueh, Y. C. Tseng, Z. Y. Fan, J. Guo, J. Bokor, and A. Javey, "Diameter-Dependent Electron Mobility of InAs Nanowires," *Nano Letters,* vol. 9, pp. 360-365, Jan 2009.

75. Ding, S. Cabrini, R. N. Zuckermann, and J. Bokor, "DNA directed assembly of nanoparticle linear structure for nanophotonics," *Journal of Vacuum Science & Technology B: Microelectronics and Nanometer Structures,* vol. 27, pp. 184-187, 2009.

76. R. de Sousa, C. C. Lo, and J. Bokor, "Spin-dependent scattering in a silicon transistor," *Physical Review B,* vol. 80, p. 9, Jul 2009.

77. D. Weis, A. Schuh, A. Batra, A. Persaud, I. W. Rangelow, J. Bokor, C. C. Lo, S. Cabrini, E. Sideras-Haddad, G. D. Fuchs, R. Hanson, D. D. Awschalom, and T. Schenkel, "Single atom doping for quantum device development in diamond and silicon," *J. Vac. Sci. Technol.,* vol. 26, pp. 2596-2600, 2008.

78. B. Carlton, N. C. Emley, E. Tuchfeld, and J. Bokor, "Simulation Studies of Nanomagnet-Based Logic Architecture," *Nano Letters,* vol. 8, pp. 4173-4178, Dec 2008.

79. Y. Wang and J. Bokor, "Ultra-high-resolution monolithic thermal bubble inkjet print head," *Journal of Micro/Nanolithography, MEMS and MOEMS,* vol. 6, pp. 043009-10, 2007.

80. S. Wang, A. Barman, H. Schmidt, J. D. Maas, A. R. Hawkins, S. Kwon, B. Harteneck, S. Cabrini, and J. Bokor, "Optimization of nano-magneto-optic sensitivity using dual dielectric layer enhancement," Applied Physics Letters, vol. 90, p. 252504, Jun 2007.

81. San Paulo, E. Quevy, J. Black, R. T. Howe, R. White, and J. Bokor, "Mode shape imaging of out-of-plane and in-plane vibrating RF micromechanical resonators by atomic force microscopy," *Microelectronic Engineering,* vol. 84, pp. 1354-1357, May-Aug 2007.

82. San Paulo, N. Arellano, J. A. Plaza, R. R. He, C. Carraro, R. Maboudian, R. T. Howe, J. Bokor, and P. D. Yang, "Suspended mechanical structures based on elastic silicon nanowire arrays," *Nano Letters,* vol. 7, pp. 1100-1104, Apr 2007.

83. S. Paulo, J. P. Black, R. M. White, and J. Bokor, "Detection of nanomechanical vibrations by dynamic force microscopy in higher cantilever eigenmodes," *Applied Physics Letters,* vol. 91, p. 053116, Jul 2007.

84. C. Lo, J. Bokor, T. Schenkel, A. M. Tyryshkin, and S. A. Lyon, "Spin-dependent scattering off neutral antimony donors in Si-28 field-effect transistors," *Applied Physics Letters,* vol. 91, p. 242106, Dec 2007.

85. Batra, C. D. Weis, J. Reijonen, A. Persaud, T. Schenkel, S. Cabrini, C. C. Lo, and J. Bokor, "Detection of low energy single ion impacts in micron scale transistors at room temperature," *Applied Physics Letters,* vol. 91, p. 193502, 2007.

86. Barman, S. Wang, J. Maas, A. R. Hawkins, S. Kwon, J. Bokor, A. Liddle, and H. Schmidt, "Size dependent damping in picosecond dynamics of single nanomagnets," *Applied Physics Letters,* vol. 90, pp. 202504-1-3, 2007.

## Curriculum Vitae - Jeffrey Bokor

87.   M. Tyryshkin, S. A. Lyon, T. Schenkel, J. Bokor, J. Chu, W. Jantsch, F. Schaffler, J. L. Truitt, S. N. Coppersmith, and M. A. Eriksson, "Electron spin coherence in Si," *Physica E-Low-Dimensional Systems & Nanostructures,* vol. 35, pp. 257-263, Dec 2006.

88.   Y. C. Tseng, K. Phoa, D. Carlton, and J. Bokor, "Effect of diameter variation in a large set of carbon nanotube transistors," *Nano Letters,* vol. 6, pp. 1364-1368, Jul 2006.

89.   T. Schenkel, J. A. Liddle, A. Persaud, A. M. Tyryshkin, S. A. Lyon, R. de Sousa, K. B. Whaley, J. Bokor, J. Shangkuan, and I. Chakarov, "Electrical activation and electron spin coherence of ultralow dose antimony implants in silicon," *Applied Physics Letters,* vol. 88, p. 112101, Mar 2006.

90.   T. Schenkel, J. A. Liddle, J. Bokor, A. Persaud, S. J. Park, J. Shangkuan, C. C. Lo, S. Kwon, S. A. Lyon, A. M. Tyryshkin, I. W. Rangelow, Y. Sarov, D. H. Schneider, J. Ager, and R. de Sousa, "Strategies for integration of donor electron spin qubits in silicon," *Microelectronic Engineering,* vol. 83, pp. 1814-1817, Apr-Sep 2006.

91.   M. Contreras, X. M. Yan, S. Kwon, J. Bokor, and G. A. Somorjai, "Catalytic CO oxidation reaction studies on lithographically fabricated platinum nanowire arrays with different oxide supports," *Catalysis Letters,* vol. 111, pp. 5-13, Oct 2006.

92.   R. Bradbury, A. M. Tyryshkin, G. Sabouret, J. Bokor, T. Schenkel, and S. A. Lyon, "Stark tuning of donor electron spins in silicon," *Physical Review Letters,* vol. 97, p. 176404, Oct 2006.

93.   Barman, S. Q. Wang, J. D. Maas, A. R. Hawkins, S. Kwon, A. Liddle, J. Bokor, and H. Schmidt, "Magneto-optical observation of picosecond dynamics of single nanomagnets," *Nano Letters,* vol. 6, pp. 2939-2944, Dec 2006.

94.   X. M. Yan, S. Kwon, A. M. Contreras, M. M. Koebel, J. Bokor, and G. A. Somorjai, "Fabrication of dense arrays of platinum nanowires on silica, alumina, zirconia and ceria surfaces as 2-D model catalysts," *Catalysis Letters,* vol. 105, pp. 127-132, Dec 2005.

95.   X. M. Yan, S. Kwon, A. M. Contreras, J. Bokor, and G. A. Somorjai, "Fabrication of large number density platinum nanowire arrays by size reduction lithography and nanoimprint lithography," *Nano Letters,* vol. 5, pp. 745-748, Apr 2005.

96.   S. Y. Xiong, T. J. King, and J. Bokor, "Study of the extrinsic parasitics in nano-scale transistors," *Semiconductor Science and Technology,* vol. 20, pp. 652-657, Jun 2005.

97.   S. Y. Xiong, T. J. King, and J. Bokor, "A comparison study of symmetric ultrathin-body double-gate devices with metal source/drain and doped source/drain," *Ieee Transactions on Electron Devices,* vol. 52, pp. 1859-1867, Aug 2005.

98.   S. Y. Xiong and J. Bokor, "Structural optimization of SUTBDG devices for low-power applications," *Ieee Transactions on Electron Devices,* vol. 52, pp. 360-366, Mar 2005.

99.   M. D. Shumway, P. Naulleau, K. A. Goldberg, and J. R. Bokor, "Measuring line roughness through aerial image contrast variation using coherent extreme ultraviolet spatial filtering technique," *Journal of Vacuum Science & Technology B,* vol. 23, pp. 2844-2847, Nov-Dec 2005.

100.  San Paulo, J. Bokor, R. T. Howe, R. He, P. Yang, D. Gao, C. Carraro, and R. Maboudian, "Mechanical elasticity of single and double clamped silicon nanobeams

## Curriculum Vitae - Jeffrey Bokor

fabricated by the vapor-liquid-solid method," *Applied Physics Letters,* vol. 87, p. 053111, Aug 2005.

101. San Paulo and J. Bokor, "Scanning acoustic force microscopy characterization of thermal expansion effects on the electromechanical properties of film bulk acoustic resonators," *Applied Physics Letters,* vol. 86, p. 084102, Feb 2005.

102. N. Qureshi, S. Q. Wang, M. A. Lowther, A. R. Hawkins, S. Kwon, A. Liddle, J. Bokor, and H. Schmidt, "Cavity-enhanced magnetooptical observation of magnetization reversal in individual single-domain nanomagnets," *Nano Letters,* vol. 5, pp. 1413-1417, Jul 2005.

103. Persaud, S. J. Park, J. A. Liddle, T. Schenkel, J. Bokor, and I. W. Rangelow, "Integration of scanning probes and ion beams," *Nano Letters,* vol. 5, pp. 1087-1091, Jun 2005.

104. Persaud, J. A. Liddle, T. Schenkel, J. Bokor, T. Ivanov, and I. W. Rangelow, "Ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B,* vol. 23, pp. 2798-2800, Nov-Dec 2005.

105. J. Lin, P. Xuan, and J. Bokor, "Characterization of chemical vapor deposition growth yields of carbon nanotube transistors," *Japanese Journal of Applied Physics Part 1-Regular Papers Brief Communications & Review Papers,* vol. 44, pp. 6859-6861, Sep 2005.

106. S. Kwon, X. M. Yan, A. M. Contreras, J. A. Liddle, G. A. Somorjai, and J. Bokor, "Fabrication of metallic nanodots in large-area arrays by mold-to-mold cross imprinting (MTMCI)," *Nano Letters,* vol. 5, pp. 2557-2562, Dec 2005.

107. Yagishita, T. J. King, and J. Bokor, "Schottky barrier height reduction and drive current improvement in metal source/drain MOSFET with strained-Si channel," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 43, pp. 1713-1716, Apr 2004.

108. S. Y. Xiong, J. Bokor, Q. Xiang, P. Fisher, I. Dudley, P. Rao, H. H. Wang, and B. En, "Is gate line edge roughness a first-order issue in affecting the performance of deep sub-micro bulk MOSFET devices?," *Ieee Transactions on Semiconductor Manufacturing,* vol. 17, pp. 357-361, Aug 2004.

109. S. Y. Xiong and J. Bokor, "A simulation study of gate line edge roughness. Effects on doping profiles of short-channel MOSFET devices," *Ieee Transactions on Electron Devices,* vol. 51, pp. 228-232, Feb 2004.

110. Wang, J. Bokor, and A. Lee, "Maskless lithography using drop-on-demand inkjet printing method," *SPIE-Int. Soc. Opt. Eng. Proceedings of the SPIE,* vol. 5374, pp. 628-36, 2004.

111. C. Tseng, P. Q. Xuan, A. Javey, R. Malloy, Q. Wang, J. Bokor, and H. J. Dai, "Monolithic integration of carbon nanotube devices with silicon MOS technology," *Nano Letters,* vol. 4, pp. 123-127, Jan 2004.

112. M. D. Shumway, E. L. Snow, K. A. Goldberg, P. Naulleau, H. Cao, M. Chandhok, J. A. Liddle, E. H. Anderson, and J. Bokor, "EUV resist imaging below 50 nm using coherent spatial filtering techniques," *Proceedings of the SPIE,* vol. 5374, pp. 454-9, 2004.

113. T. Schenkel, I. W. Rangelow, R. Keller, S. J. Park, J. Nilsson, A. Persaud, V. R. Radmilovic, P. Grabiec, D. H. Schneider, J. A. Liddle, and J. Bokor, "Open questions in electronic sputtering of solids by slow highly charged ions with respect

## Curriculum Vitae - Jeffrey Bokor

to applications in single ion implantation," *Nuclear Instruments & Methods in Physics Research Section B-Beam Interactions with Materials and Atoms,* vol. 219-20, pp. 200-205, Jun 2004.

114. N. W. Pu, E. Y. Pan, and J. Bokor, "Sensitive detection of laser damage to Mo/Si multilayers by picosecond ultrasonics," *Applied Physics B-Lasers and Optics,* vol. 79, pp. 107-112, Jul 2004.

115. Persaud, F. I. Allen, F. Giccluel, S. J. Park, J. A. Liddle, T. Schenkel, T. Ivanov, K. Ivanova, I. W. Rangelow, and J. Bokor, "Single ion implantation with scanning probe alignment," *Journal of Vacuum Science & Technology B,* vol. 22, pp. 2992-2994, Nov-Dec 2004.

116. S. J. Park, A. Persaud, J. A. Liddle, J. Nilsson, J. Bokor, D. H. Schneider, I. W. Rangelow, and T. Schenkel, "Processing issues in top-down approaches to quantum computer development in silicon," *Microelectronic Engineering,* vol. 73-74, pp. 695-700, Jun 2004.

117. S. J. Park, J. A. Liddle, A. Persaud, F. I. Allen, T. Schenkel, and J. Bokor, "Formation of 15 nm scale Coulomb blockade structures in silicon by electron beam lithography with a bilayer resist process," *Journal of Vacuum Science & Technology B,* vol. 22, pp. 3115-3118, Nov-Dec 2004.

118. H. T. Liu, J. K. O. Sin, P. Q. Xuan, and J. Bokor, "Characterization of the ultrathin vertical channel CMOS technology," *Ieee Transactions on Electron Devices,* vol. 51, pp. 106-112, Jan 2004.

119. Yang-Kyu, J. Grunes, L. Joon Sung, Z. Ji, G. A. Somorjai, L. P. Lee, and J. Bokor, "Sub-lithographic patterning technology for nanowire model catalysts and DNA label-free hybridization detection," *Proceedings of the SPIE - The International Society for Optical Engineering,* vol. 5220, pp. 10-19, 2003.

120. P. Q. Xuan and J. Bokor, "Investigation of NiSi and TiSi as CMOS gate materials," *Ieee Electron Device Letters,* vol. 24, pp. 634-636, Oct 2003.

121. S. Y. Xiong and J. Bokor, "Sensitivity of double-gate and FinFET devices to process variations," *Ieee Transactions on Electron Devices,* vol. 50, pp. 2255-2261, Nov 2003.

122. M. D. Shumway, P. Naulleau, K. A. Goldberg, E. L. Snow, and J. Bokor, "Resist evaluation at 50 nm in the EUV using interferometric spatial-frequency-doubled imaging," *Proceedings of the SPIE,* vol. 5037, pp. 910-16, 2003.

123. T. Schenkel, A. Persaud, S. J. Park, J. Nilsson, J. Bokor, J. A. Liddle, R. Keller, D. H. Schneider, D. W. Cheng, and D. E. Humphries, "Solid state quantum computer development in silicon with single ion implantation," *Journal of Applied Physics,* vol. 94, pp. 7017-7024, Dec 2003.

124. N. W. Pu and J. Bokor, "Study of surface and bulk acoustic phonon excitations in superlattices using picosecond ultrasonics," *Physical Review Letters,* vol. 91, p. 76101, Aug 2003.

125. P. P. Naulleau, K. A. Goldberg, P. Batson, J. Bokor, P. Denham, and S. Rekawa, "Fourier-synthesis custom-coherence illuminator for extreme ultraviolet microfield lithography," *Applied Optics,* vol. 42, pp. 820-826, Feb 2003.

126. P. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, B. D. Harteneck, K. H. Jackson, D. L. Olynick, F. Salmassi, S. L. Baker, P. B. Mirkarimi, E. A. Spiller, C. C. Walton, D. J. O'Connell, Y. Pei-Yang, and Z. Guojing, "Static EUV micro-

## Curriculum Vitae - Jeffrey Bokor

exposures using the ETS Set-2 optics," *Proceedings of the SPIE,* vol. 5037, pp. 36-46, 2003.

127. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, B. Harteneck, K. Jackson, D. Olynick, F. Salmassi, S. Baker, P. Mirkarimi, E. Spiller, C. Walton, D. O'Connell, P. Y. Yan, and G. J. Zhang, "Printing-based performance analysis of the engineering test stand set-2 optic using a synchrotron exposure station with variable sigma," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 2697-2700, Nov-Dec 2003.

128. P. Naulleau, K. A. Goldberg, E. H. Anderson, J. Bokor, E. Gullikson, B. Harteneck, K. Jackson, D. Olynick, F. Salmassi, S. Baker, P. Mirkarimi, E. Spiller, C. Walton, and G. J. Zhang, "Lithographic characterization of the printability of programmed extreme ultraviolet substrate defects," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 1286-1290, Jul-Aug 2003.

129. J. S. Lee, D. W. Ha, Y. K. Choi, T. J. King, and J. Bokor, "Low-frequency noise characteristics of ultrathin body p-MOSFETs with molybdenum gate," *Ieee Electron Device Letters,* vol. 24, pp. 31-33, Jan 2003.

130. J. S. Lee, Y. K. Choi, D. W. Ha, S. Balasubramanian, T. J. King, and J. Bokor, "Hydrogen annealing effect on DC and low-frequency noise characteristics in CMOS FinFETs," *Ieee Electron Device Letters,* vol. 24, pp. 186-188, Mar 2003.

131. K. A. Goldberg, P. P. Naulleau, P. Denham, S. B. Rekawa, K. H. Jackson, E. H. Anderson, J. A. Liddle, and J. Bokor, "EUV interferometry of the 0.3-NA MET optic," *Proceedings of the SPIE,* vol. 5037, pp. 69-74, 2003.

132. Y. K. Choi, J. Zhu, J. Grunes, J. Bokor, and G. A. Somorjai, "Fabrication of sub-10-nm silicon nanowire arrays by size reduction lithography," *Journal of Physical Chemistry B,* vol. 107, pp. 3340-3343, Apr 2003.

133. Y. K. Choi, J. S. Lee, J. Zhu, G. A. Somorjai, L. P. Lee, and J. Bokor, "Sublithographic nanofabrication technology for nanocatalysts and DNA chips," *Journal of Vacuum Science & Technology B,* vol. 21, pp. 2951-2955, Nov-Dec 2003.

134. Y. K. Choi, D. Ha, T. J. King, and J. Bokor, "Investigation of gate-induced drain leakage (GIDL) current in thin body devices: Single-gate ultra-thin body, symmetrical double-gate, and asymmetrical double-gate MOSFETs," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 42, pp. 2073-2076, Apr 2003.

135. L. L. Chang, Y. K. Choi, J. Kedzierski, N. Lindert, P. Q. Xuan, J. Bokor, C. M. Hu, and T. J. King, "Moore's law lives on - Ultra-thin body SOI and FinFET CMOS transistors look to continue Moore's law for many years to come," *Ieee Circuits & Devices,* vol. 19, pp. 35-42, Jan 2003.

136. L. L. Chang, Y. K. Choi, D. W. Ha, P. Ranade, S. Y. Xiong, J. Bokor, C. M. Hu, and T. J. King, "Extremely scaled silicon nano-CMOS devices," *Proceedings of the Ieee,* vol. 91, pp. 1860-1873, Nov 2003.

137. M. Yi, T. Haga, C. Walton, C. Larson, and J. Bokor, ""Actinic-only" defects in extreme ultraviolet lithography mask blanks - Native defects at the detection limit of visible-light inspection tools," *Japanese Journal of Applied Physics Part 1-Regular Papers Short Notes & Review Papers,* vol. 41, pp. 4101-4104, Jun 2002.

## Curriculum Vitae - Jeffrey Bokor

138. Y. C. Yeo, V. Subramanian, J. Kedzierski, P. Q. Xuan, T. J. King, J. Bokor, and C. M. Hu, "Design and fabrication of 50-nm thin-body p-MOSFETs with a SiGe heterostructure channel," *Ieee Transactions on Electron Devices,* vol. 49, pp. 279-286, Feb 2002.

139. X. Shiying, J. Bokor, X. Qi, P. Fisher, I. M. Dudley, and P. Rao, "Gate line edge roughness effects in 50 nm bulk MOSFET devices," *Proceedings of the SPIE,* vol. 4689, pp. 733-41, 2002.

140. T. Schenkel, A. Persaud, S. J. Park, J. Meijer, J. R. Kingsley, J. W. McDonald, J. P. Holder, J. Bokor, and D. H. Schneider, "Single ion implantation for solid state quantum computer development," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 2819-2823, Nov-Dec 2002.

141. M. Park, M. Yi, P. Mirkarimi, C. Larson, and J. Bokor, "Characterization of extreme ultraviolet lithography mask defects by actinic inspection with broadband extreme ultraviolet illumination," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 3000-3005, Nov-Dec 2002.

142. P. P. Naulleau, K. A. Goldberg, E. H. Anderson, D. T. Attwood, P. J. Batson, J. Bokor, P. Denham, E. M. Gullikson, B. D. Harteneck, B. Hoef, K. H. Jackson, D. L. Olynick, S. Rekawa, F. Salmassi, K. L. Blaedel, H. N. Chapman, L. C. Hale, R. Soufli, E. A. Spiller, D. W. Sweeney, J. R. Taylor, C. C. Walton, A. Ray-Chaudhuri, D. O'Connell, R. Stulen, D. Tichenor, C. W. Gwyn, Y. Pei-Yang, and Z. Guojing, "Static microfield printing at the Advanced Light Source with the ETS Set-2 optic," *Proceedings of the SPIE,* vol. 4688, pp. 64-71, 2002.

143. P. Naulleau, K. A. Goldberg, E. H. Anderson, D. Attwood, P. Batson, J. Bokor, P. Denham, E. Gullikson, B. Harteneck, B. Hoef, K. Jackson, D. Olynick, S. Rekawa, F. Salmassi, K. Blaedel, H. Chapman, L. Hale, P. Mirkarimi, R. Soufli, E. Spiller, D. Sweeney, J. Taylor, C. Walton, D. O'Connell, D. Tichenor, C. W. Gwyn, P. Y. Yan, and G. J. Zhang, "Sub-70 nm extreme ultraviolet lithography at the Advanced Light Source static microfield exposure station using the engineering test stand set-2 optic," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 2829-2833, Nov-Dec 2002.

144. Y. Moonsuk, P. Mincheol, P. B. Mirkarimi, C. C. Larson, and J. Bokor, "At-wavelength inspection of defect smoothing in EUVL masks," *Proceedings of the SPIE,* vol. 4688, pp. 395-400, 2002.

145. J. S. Lee, Y. K. Choi, D. Ha, T. J. King, and J. Bokor, "Low-frequency noise characteristics in p-channel FinFETs," *Ieee Electron Device Letters,* vol. 23, pp. 722-724, Dec 2002.

146. K. A. Goldberg, P. Naulleau, J. Bokor, H. N. Chapman, and A. Barty, "Testing extreme ultraviolet optics with visible-light and extreme ultraviolet interferometry," *Journal of Vacuum Science & Technology B,* vol. 20, pp. 2834-2839, Nov-Dec 2002.

147. K. A. Goldberg, P. Naulleau, J. Bokor, and H. N. Chapman, "Honing the accuracy of extreme-ultraviolet optical system testing: at-wavelength and visible-light measurements of the ETS Set-2 projection optic," *Proceedings of the SPIE,* vol. 4688, pp. 329-37, 2002.

148. K. A. Goldberg, P. Naulleau, and J. Bokor, "Fourier transform interferometer alignment method," *Applied Optics,* vol. 41, pp. 4477-4483, Aug 2002.

## Curriculum Vitae - Jeffrey Bokor

149. M. S. Yi, T. Haga, C. Walton, and J. Bokor, "High sensitivity actinic detection of native defects on extreme ultraviolet lithography mask blanks," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2401-2405, Nov-Dec 2001.

150. M. D. Shumway, L. Sang Hun, C. Chang Hyun, P. Naulleau, K. A. Goldberg, and J. Bokor, "Extremely fine-pitch printing with a 10&times; Schwarzschild optic at extreme ultraviolet wavelengths," *Proceedings of the SPIE,* vol. 4343, pp. 357-62, 2001.

151. P. P. Naulleau, E. H. Anderson, E. M. Gullikson, and J. Bokor, "Fabrication of high-efficiency multilayer-coated binary blazed gratings in the EUV regime," *Optics Communications,* vol. 200, pp. 27-34, Dec 2001.

152. P. Naulleau, K. A. Goldberg, E. H. Anderson, P. Batson, P. E. Denham, K. H. Jackson, E. M. Gullikson, S. Rekawa, and J. Bokor, "At-wavelength characterization of the extreme ultraviolet Engineering Test Stand Set-2 optic," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2396-2400, Nov-Dec 2001.

153. N. Lindert, L. L. Chang, Y. K. Choi, E. H. Anderson, W. C. Lee, T. J. King, J. Bokor, and C. M. Hu, "Sub-60-nm quasi-planar FinFETs fabricated using a simplified process," *Ieee Electron Device Letters,* vol. 22, pp. 487-489, Oct 2001.

154. S. H. Lee, P. Naulleau, K. A. Goldberg, C. H. Cho, S. Jeong, and J. Bokor, "Extreme-ultraviolet lensless Fourier-transform holography," *Applied Optics,* vol. 40, pp. 2655-2661, Jun 2001.

155. X. J. Huang, W. C. Lee, C. Kuo, D. Hisamoto, L. L. Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Y. K. Choi, K. Asano, V. Subramanian, T. J. King, J. Bokor, and C. M. Hu, "Sub-50 nm p-channel FinFET," *Ieee Transactions on Electron Devices,* vol. 48, pp. 880-886, May 2001.

156. K. A. Goldberg and J. Bokor, "Fourier-transform method of phase-shift determination," *Applied Optics,* vol. 40, pp. 2886-2894, Jun 2001.

157. H. N. Chapman, A. K. Ray-Chaudhuri, D. A. Tichenor, W. C. Replogle, R. H. Stulen, G. D. Kubiak, P. D. Rockett, L. E. Klebanoff, D. O'Connell, A. H. Leung, K. L. Jefferson, J. B. Wronosky, J. S. Taylor, L. C. Hale, K. Blaedel, E. A. Spiller, G. E. Sommargren, J. A. Folta, D. W. Sweeney, E. M. Gullikson, P. Naulleau, K. A. Goldberg, J. Bokor, D. T. Attwood, U. Mickan, R. Hanzen, E. Panning, P. Y. Yan, C. W. Gwyn, and S. H. Lee, "First lithographic results from the extreme ultraviolet Engineering Test Stand," *Journal of Vacuum Science & Technology B,* vol. 19, pp. 2389-2395, Nov-Dec 2001.

158. M. Yi, S. Jeong, S. Rekawa, and J. Bokor, "Characterization of extreme ultraviolet lithography mask defects from extreme ultraviolet far-field scattering patterns," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2930-2934, Nov-Dec 2000.

159. Y. C. Yeo, V. Subramanian, J. Kedzierski, T. J. King, J. Bokor, C. M. Hu, and P. Q. Xuan, "Nanoscale ultra-thin-body silicon-on-insulator P-MOSFET with a SiGe/Si heterostructure channel," *Ieee Electron Device Letters,* vol. 21, pp. 161-163, Apr 2000.

160. J. Seongtae, L. Chih-Wei, S. Rekawa, C. C. Walton, and J. Bokor, "Actinic defect counting statistics over 1 cm$^2$ area of EUVL mask blank," *Proceedings of the SPIE,* vol. 3997, pp. 431-40, 2000.

# Curriculum Vitae - Jeffrey Bokor

161. L. Sang Hun, F. Piao, P. Naulleau, K. A. Goldberg, W. Oldham, and J. Bokor, "At-wavelength characterization of DUV-radiation-induced damage in fused silica," *Proceedings of the SPIE,* vol. 3998, pp. 724-31, 2000.

162. L. Sang Hun, P. Naulleau, K. A. Goldberg, C. Chang Hyun, and J. Bokor, "EUV holographic aerial image recording," *Proceedings of the SPIE,* vol. 3997, pp. 823-8., 2000.

163. P. P. Naulleau, C. H. Cho, E. M. Gullikson, and J. Bokor, "Transmission phase gratings for EUV interferometry," *Journal of Synchrotron Radiation,* vol. 7, pp. 405-410, Nov 2000.

164. P. Naulleau, K. A. Goldberg, E. M. Gullikson, and J. Bokor, "At-wavelength, system-level flare characterization of extreme-ultraviolet optical systems," *Applied Optics,* vol. 39, pp. 2941-2947, Jun 2000.

165. P. P. Naulleau, K. A. Goldberg, and J. Bokor, "Extreme ultraviolet carrier-frequency shearing interferometry of a lithographic four-mirror optical system," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2939-2943, Nov-Dec 2000.

166. S. H. Lee, J. Bokor, P. Naulleau, S. T. Jeong, and K. A. Goldberg, "Extreme ultraviolet holographic microscopy and its application to extreme ultraviolet mask-blank defect characterization," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2935-2938, Nov-Dec 2000.

167. J. Kedzierski, P. Q. Xuan, V. Subramanian, J. Bokor, T. J. King, C. M. Hu, and E. Anderson, "A 20 nm gate-length ultra-thin body p-MOSFET with silicide source/drain," *Superlattices and Microstructures,* vol. 28, pp. 445-452, Nov-Dec 2000.

168. J. Kedzierski, X. Peiqi, V. Subramanian, J. Bokor, K. Tsu-Jae, H. Chenming, and E. Anderson, "A 20 nm gate-length ultra-thin body p-MOSFET with silicide source/drain," *Superlattices and Microstructures,* vol. 28, pp. 445-52, 2000.

169. J. Kedzierski, E. Anderson, and J. Bokor, "Calixarene G-line double resist process with 15 nm resolution aid large area exposure capability," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 3428-3430, Nov-Dec 2000.

170. Hisamoto, W. C. Lee, J. Kedzierski, H. Takeuchi, K. Asano, C. Kuo, E. Anderson, T. J. King, J. Bokor, and C. M. Hu, "FinFET - A self-aligned double-gate MOSFET scalable to 20 nm," *Ieee Transactions on Electron Devices,* vol. 47, pp. 2320-2325, Dec 2000.

171. K. A. Goldberg, P. Naulleau, P. Batson, P. Denham, E. H. Anderson, H. Chapman, and J. Bokor, "Extreme ultraviolet alignment and testing of a four-mirror ring field extreme ultraviolet optical system," *Journal of Vacuum Science & Technology B,* vol. 18, pp. 2911-2915, Nov-Dec 2000.

172. K. A. Golberg, P. Naulleau, P. J. Batson, P. Denham, E. H. Anderson, J. Bokor, and H. N. Chapman, "EUV interferometry of a four-mirror ring field," *Proceedings of the SPIE,* vol. 3997, pp. 867-73, 2000.

173. Y. K. Choi, K. Asano, N. Lindert, V. Subramanian, T. J. King, J. Bokor, and C. M. Hu, "Ultrathin-body SOI MOSFET for deep-sub-tenth micron era," *Ieee Electron Device Letters,* vol. 21, pp. 254-255, May 2000.

174. N. W. Pu, J. Bokor, S. T. Jeong, and R. A. Zhao, "Nondestructive picosecond-ultrasonic characterization of Mo/Si extreme ultraviolet multilayer reflection

## Curriculum Vitae - Jeffrey Bokor

coatings," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3014-3018, Nov-Dec 1999.

175. N. W. Pu, J. Bokor, S. Jeong, and R. A. Zhao, "Picosecond ultrasonic study of Mo/Si multilayer structures using an alternating-pump technique," *Applied Physics Letters,* vol. 74, pp. 320-322, Jan 1999.

176. P. Nen-Wen, J. Seongtae, Z. Ri-An, and J. Bokor, "Picosecond ultrasonic characterization of Mo/Si multilayers for extreme ultraviolet lithography," *Proceedings of the SPIE,* vol. 3676, pp. 627-34, 1999.

177. P. Nen-Wen, J. Seongtae, Z. Ri-An, and J. Bokor, "Nondestructive picosecond ultrasonic characterization of Mo/Si multilayers using a novel pump-probe scheme," *Proceedings of the SPIE,* vol. 3749, pp. 196-7, 1999.

178. P. P. Naulleau, K. A. Goldberg, S. H. Lee, C. Chang, D. Attwood, and J. Bokor, "Extreme-ultraviolet phase-shifting point-diffraction interferometer: a wave-front metrology tool with subangstrom reference-wave accuracy," *Applied Optics,* vol. 38, pp. 7252-7263, Dec 1999.

179. P. Naulleau, K. A. Goldberg, S. H. Lee, C. Chang, P. Batson, D. Attwood, and J. Bokor, "Recent advances in EUV phase-shifting point diffraction interferometry," *Proceedings of the SPIE,* vol. 3767, pp. 154-63, 1999.

180. P. Naulleau, K. A. Goldberg, E. M. Gullikson, and J. Bokor, "Interferometric at-wavelength flare characterization of extreme ultraviolet optical systems," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 2987-2991, Nov-Dec 1999.

181. J. Kedzierski, J. Bokor, and E. Anderson, "Novel method for silicon quantum wire transistor fabrication," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3244-3247, Nov-Dec 1999.

182. S. T. Jeong, L. Johnson, S. Rekawa, C. C. Walton, S. T. Prisbrey, E. Tejnil, J. H. Underwood, and J. Bokor, "Actinic detection of sub-100 nm defects on extreme ultraviolet lithography mask blanks," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 3009-3013, Nov-Dec 1999.

183. S. Jeong, C. W. Lai, S. Rekawa, C. C. Walton, S. T. Prisbrey, and J. Bokor, "Cross correlation between actinic and visible defect inspection tool for extreme ultraviolet lithography," *Proceedings of the SPIE,* vol. 3873, pp. 814-21, 1999.

184. S. Jeong, L. Johnson, L. Yun, S. Rekawa, Y. Pei-Yang, P. A. Kearney, E. Tejnil, J. H. Underwood, and J. Bokor, "Actinic EUVL mask blank defect inspection system," *Proceedings of the SPIE,* vol. 3676, pp. 298-308, 1999.

185. S. Jeong and J. Bokor, "Ultrafast carrier dynamics near the Si(100)2x1 surface," *Physical Review B,* vol. 59, pp. 4943-4951, Feb 1999.

186. M. Gullikson, S. Baker, J. E. Bjorkholm, J. Bokor, K. A. Goldberg, J. E. M. Goldsmith, C. Montcalm, P. Naulleau, E. Spiller, D. G. Stearns, J. S. Taylor, and J. H. Underwood, "EUV scattering and flare of 10x projection cameras," *Proceedings of the SPIE,* vol. 3676, pp. 717-23, 1999.

187. K. A. Goldberg, P. Naulleau, L. SangHun, C. Chang, C. Bresloff, R. Gaughan, H. N. Chapman, J. Goldsmith, and J. Bokor, "Direct comparison of EUV and visible-light interferometries," *Proceedings of the SPIE,* vol. 3676, pp. 635-42, 1999.

188. K. A. Goldberg, P. Naulleau, and J. Bokor, "Extreme ultraviolet interferometric measurements of diffraction-limited optics," *Journal of Vacuum Science & Technology B,* vol. 17, pp. 2982-2986, Nov-Dec 1999.

## Curriculum Vitae - Jeffrey Bokor

189. T. Attwood, P. Naulleau, K. A. Goldberg, E. Tejnil, C. Chang, R. Beguiristain, P. Batson, J. Bokor, E. M. Gullikson, M. Koike, H. Medecki, and J. H. Underwood, "Tunable coherent radiation in the soft X-ray and extreme ultraviolet spectral regions," *Ieee Journal of Quantum Electronics,* vol. 35, pp. 709-720, May 1999.

190. Tejnil, K. A. Goldberg, and J. Bokor, "Phase effects owing to multilayer coatings in a two-mirror extreme-ultraviolet Schwarzschild objective," *Applied Optics,* vol. 37, pp. 8021-8029, Dec 1998.

191. J. Seongtae, M. Idir, L. Johnson, L. Yun, P. Batson, R. Levesque, P. Kearney, Y. Pei-Yang, E. Gullikson, J. H. Underwood, and J. Bokor, "Actinic detection of EUVL mask blank defects," *Proceedings of the SPIE,* vol. 3546, pp. 524-30, 1998.

192. S. T. Jeong, M. Idir, Y. Lin, L. Johnson, S. Rekawa, M. Jones, P. Denham, P. Batson, R. Levesque, P. Kearney, P. Y. Yan, E. Gullikson, J. H. Underwood, and J. Bokor, "At-wavelength detection of extreme ultraviolet lithography mask blank defects," *Journal of Vacuum Science & Technology B,* vol. 16, pp. 3430-3434, Nov-Dec 1998.

193. K. A. Goldberg, P. Naulleau, S. Lee, C. Bresloff, C. Henderson, D. Attwood, and J. Bokor, "High-accuracy interferometry of extreme ultraviolet lithographic optical systems," *Journal of Vacuum Science & Technology B,* vol. 16, pp. 3435-3439, Nov-Dec 1998.

194. Budiarto, N. W. Pu, S. Jeong, and J. Bokor, "Near-field propagation of terahertz pulses from a large-aperture antenna," *Optics Letters,* vol. 23, pp. 213-215, Feb 1998.

195. Tejnil, K. A. Goldberg, S. H. Lee, H. Medecki, P. J. Batson, P. E. Denham, A. A. MacDowell, J. Bokor, and D. Attwood, "At-wavelength interferometry for extreme ultraviolet lithography," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2455-2461, Nov-Dec 1997.

196. Sinitsky, R. Tu, C. L. Liang, M. S. Chan, J. Bokor, and C. M. Hu, "AC output conductance of SOI MOSFET's and impact on analog applications," *Ieee Electron Device Letters,* vol. 18, pp. 36-38, Feb 1997.

197. Sinitsky, F. Assaderaghi, M. Orshansky, J. Bokor, and C. Hu, "Velocity overshoot of electrons and holes in Si inversion layers," *Solid-State Electronics,* vol. 41, pp. 1119-1125, Aug 1997.

198. Sinitsky, F. Assaderaghi, C. M. Hu, and J. Bokor, "High field hole velocity and velocity overshoot in silicon inversion layers," *Ieee Electron Device Letters,* vol. 18, pp. 54-56, Feb 1997.

199. J. Orenstein, J. Bokor, E. Budiarto, J. Corson, R. Mallozzi, I. Bozovic, and J. N. Eckstein, "Nonlinear electrodynamics in cuprate superconductors," *Physica C,* vol. 282, pp. 252-255, Aug 1997.

200. Y. Lin and J. Bokor, "Minimum critical defects in extreme-ultraviolet lithography masks," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2467-2470, Nov-Dec 1997.

201. J. Kedzierski, J. Bokor, and C. Kisielowski, "Fabrication of planar silicon nanowires on silicon-on-insulator using stress limited oxidation," *Journal of Vacuum Science & Technology B,* vol. 15, pp. 2825-2828, Nov-Dec 1997.

202. K. A. Goldberg, E. Tejnil, L. Sang Hun, H. Medecki, D. T. Attwood, K. H. Jackson, and J. Bokor, "Characterization of an EUV Schwarzschild objective using phase-

# Curriculum Vitae - Jeffrey Bokor

shifting point diffraction interferometry," *Proceedings of the SPIE,* vol. 3048, pp. 264-70, 1997.

203. Assaderaghi, D. Sinitsky, S. A. Parke, J. Bokor, P. K. Ko, and C. M. Hu, "Dynamic threshold-voltage MOSFET (DTMOS) for ultra-low voltage VLSI," *Ieee Transactions on Electron Devices,* vol. 44, pp. 414-422, Mar 1997.

204. Assaderaghi, D. Sinitsky, J. Bokor, P. K. Ko, H. Gaw, and C. M. Hu, "High-field transport of inversion-layer electrons and holes including velocity overshoot," *Ieee Transactions on Electron Devices,* vol. 44, pp. 664-671, Apr 1997.

205. N. C. Tien, S. Jeong, L. M. Phinney, K. Fushinobu, and J. Bokor, "Surface adhesion reduction in silicon microstructures using femtosecond laser pulses," *Applied Physics Letters,* vol. 68, pp. 197-199, Jan 1996.

206. J. H. Son, S. T. Jeong, and J. Bokor, "Noncontact probing of metal-oxide-semiconductor inversion layer mobility," *Applied Physics Letters,* vol. 69, pp. 1779-1780, Sep 1996.

207. K. B. Nguyen, G. F. Cardinale, D. A. Tichenor, G. D. Kubiak, K. Berger, A. K. RayChaudhuri, Y. Perras, S. J. Haney, R. Nissen, K. Krenz, R. H. Stulen, H. Fujioka, C. Hu, J. Bokor, D. M. Tennant, and L. A. Fetter, "Fabrication of metal-oxide-semiconductor devices with extreme ultraviolet lithography," *Journal of Vacuum Science & Technology B,* vol. 14, pp. 4188-4192, Nov-Dec 1996.

208. Medecki, E. Tejnil, K. A. Goldberg, and J. Bokor, "Phase-shifting point diffraction interferometer," *Optics Letters,* vol. 21, pp. 1526-1528, Oct 1996.

209. S. Jeong, H. Zacharias, and J. Bokor, "Ultrafast carrier dynamics on the Si(100)2x1 surface," *Physical Review B,* vol. 54, pp. 17300-17303, Dec 1996.

210. E. Budiarto, J. Margolies, S. Jeong, J. Son, and J. Bokor, "High-intensity terahertz pulses at 1-kHz repetition rate," *Ieee Journal of Quantum Electronics,* vol. 32, pp. 1839-1846, Oct 1996.

211. Bokor, A. R. Neureuther, and W. G. Oldham, "Advanced lithography for ULSI," *Ieee Circuits and Devices Magazine,* vol. 12, pp. 11-15, Jan 1996.

212. R. Beguiristain, K. A. Goldberg, E. Tejnil, J. Bokor, H. Medecki, D. T. Attwood, and K. Jackson, "Interferometry using undulator sources," *Review of Scientific Instruments,* vol. 67, p. 1, 1996.

213. A. Goldberg, R. Beguiristain, J. Bokor, H. Medecki, K. Jackson, D. T. Attwood, G. E. Sommargren, J. P. Spallas, and R. Hostetler, "At-wavelength testing of optics for EUV," *Proceedings of the SPIE,* vol. 2437, pp. 347-54, 1995.

214. A. Goldberg, R. Beguiristain, J. Bokor, H. Medecki, D. T. Attwood, K. Jackson, E. Tejnil, and G. E. Sommargren, "Progress towards lambda/20 extreme ultraviolet interferometry," *Journal of Vacuum Science & Technology B,* vol. 13, pp. 2923-2927, Nov-Dec 1995.

215. G. Park, C. A. King, D. J. Eaglesham, T. W. Sorsch, B. Weir, H. S. Luftman, J. Bokor, and Y. O. Kim, "Ultrashallow p<sup>+</sup>-n junctions formed by diffusion from an RTCVD-deposited B:Ge layer," *Proceedings of the SPIE,* vol. 2091, pp. 122-31, 1994.

216. Assaderaghi, S. Parke, D. Sinitsky, J. Bokor, P. K. Ko, and C. M. Hu, "A Dynamic Threshold Voltage Mosfet (Dtmos) for Very-Low Voltage Operation," *Ieee Electron Device Letters,* vol. 15, pp. 510-512, Dec 1994.

## Curriculum Vitae - Jeffrey Bokor

217. A. Tichenor, G. D. Kubiak, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, W. C. Sweatt, J. E. Bjorkholm, R. R. Freeman, M. D. Himel, A. A. Macdowell, D. M. Tennant, O. R. Wood, J. Bokor, T. E. Jewell, W. M. Mansfield, W. K. Waskiewicz, D. L. White, and D. L. Windt, "Soft-X-Ray Projection Lithography Experiments Using Schwarzschild Imaging Optics," *Applied Optics,* vol. 32, pp. 7068-7071, Dec 1993.

218. H. Sher, U. Mohideen, H. W. K. Tom, O. R. Wood, II, G. D. Aumiller, T. J. McIlrath, J. Bokor, R. R. Freeman, and J. Sugar, "Soft X-ray pulse length measurement by pump-probe absorption spectroscopy," *Proceedings of the SPIE,* vol. vol.1860, pp. 112-22, 1993.

219. M. Murnane, H. C. Kapteyn, S. P. Gordon, J. Bokor, E. N. Glytsis, and R. W. Falcone, "Efficient Coupling of High-Intensity Subpicosecond Laser-Pulses into Solids," *Applied Physics Letters,* vol. 62, pp. 1068-1070, Mar 1993.

220. U. Mohideen, M. H. Sher, H. W. K. Tom, G. D. Aumiller, O. R. Wood, R. R. Freeman, J. Bokor, and P. H. Bucksbaum, "High-Intensity above-Threshold Ionization of He," *Physical Review Letters,* vol. 71, pp. 509-512, Jul 1993.

221. A. Macdowell, J. E. Bjorkholm, K. Early, R. R. Freeman, M. D. Himel, P. P. Mulgrew, L. H. Szeto, D. W. Taylor, D. M. Tennant, O. R. Wood, J. Bokor, L. Eichner, T. E. Jewell, W. K. Waskiewicz, D. L. White, D. L. Windt, R. M. Dsouza, W. T. Silfvast, and F. Zernike, "Soft-X-Ray Projection Imaging with a 1/1 Ring-Field Optic," *Applied Optics,* vol. 32, pp. 7072-7078, Dec 1993.

222. W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Direct Measurement of Nonequilibrium Electron-Energy Distributions in Subpicosecond Laser-Heated Gold-Films," *Surface Science,* vol. 283, pp. 221-225, Mar 1993.

223. Attwood, G. Sommargren, R. Beguiristain, K. Nguyen, J. Bokor, N. Ceglio, K. Jackson, M. Koike, and J. Underwood, "Undulator Radiation for at-Wavelength Interferometry of Optics for Extreme-Ultraviolet Lithography," *Applied Optics,* vol. 32, pp. 7022-7031, Dec 1993.

224. R. H. Yan, K. F. Lee, D. Y. Jeon, Y. O. Kim, B. G. Park, M. R. Pinto, C. S. Rafferty, D. M. Tennant, E. H. Westerwick, G. M. Chin, M. D. Morris, K. Early, P. Mulgrew, W. M. Mansfield, R. K. Watts, A. M. Voshchenkov, J. Bokor, R. G. Swartz, and A. Ourmazd, "89-Ghzft Room-Temperature Silicon Mosfets," *Ieee Electron Device Letters,* vol. 13, pp. 256-258, May 1992.

225. G. Park, J. Bokor, H. S. Luftman, C. S. Rafferty, and M. R. Pinto, "Ultrashallow Junctions for Ulsi Using as-2+ Implantation and Rapid Thermal Anneal," *Ieee Electron Device Letters,* vol. 13, pp. 507-509, Oct 1992.

226. U. Mohideen, H. W. K. Tom, R. R. Freeman, J. Bokor, and P. H. Bucksbaum, "Interaction of Free-Electrons with an Intense Focused Laser-Pulse in Gaussian and Conical Axicon Geometries," *Journal of the Optical Society of America B-Optical Physics,* vol. 9, pp. 2190-2195, Dec 1992.

227. A. Macdowell, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Z. Pastalan, L. H. Szeto, D. M. Tennant, O. R. Wood, T. E. Jewell, W. M. Mansfield, W. K. Waskiewicz, D. L. White, and D. L. Windt, "Reduction Imaging with Soft X-Rays for Projection Lithography," *Review of Scientific Instruments,* vol. 63, pp. 737-740, Jan 1992.

# Curriculum Vitae - Jeffrey Bokor

228.  W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Direct Measurement of Nonequilibrium Electron-Energy Distributions in Subpicosecond Laser-Heated Gold-Films," *Physical Review Letters,* vol. 68, pp. 2834-2837, May 1992.

229.  W. S. Fann, R. Storz, H. W. K. Tom, and J. Bokor, "Electron Thermalization in Gold," *Physical Review B,* vol. 46, pp. 13592-13595, Nov 1992.

230.  L. White, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, L. H. Szeto, D. W. Taylor, D. M. Tennant, W. K. Waskiewicz, D. L. Windt, and O. R. Wood, "Soft-X-Ray Projection Lithography," *Solid State Technology,* vol. 34, pp. 37-42, Jul 1991.

231.  A. Tichenor, G. D. Kubiak, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, R. R. Freeman, W. M. Mansfield, O. R. Wood, D. M. Tennant, J. E. Bjorkholm, A. A. Macdowell, J. Bokor, T. E. Jewell, D. L. White, D. L. Windt, and W. K. Waskiewicz, "Diffraction-Limited Soft-X-Ray Projection Imaging Using a Laser Plasma Source," *Optics Letters,* vol. 16, pp. 1557-1559, Oct 1991.

232.  A. Macdowell, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, J. Pastalan, L. H. Szeto, D. M. Tennant, O. R. Wood, T. E. Jewell, W. K. Waskiewicz, D. L. White, D. L. Windt, W. T. Silfvast, and F. Zernike, "Soft-X-Ray Projection Lithography Using a 1-1 Ring Field Optical-System," *Journal of Vacuum Science & Technology B,* vol. 9, pp. 3193-3197, Nov-Dec 1991.

233.  D. Kubiak, D. A. Tichenor, M. E. Malinowski, R. H. Stulen, S. J. Haney, K. W. Berger, L. A. Brown, J. E. Bjorkholm, R. R. Freeman, W. M. Mansfield, D. M. Tennant, O. R. Wood, J. Bokor, T. E. Jewell, D. L. White, D. L. Windt, and W. K. Waskiewicz, "Diffraction-Limited Soft-X-Ray Projection Lithography with a Laser Plasma Source," *Journal of Vacuum Science & Technology B,* vol. 9, pp. 3184-3188, Nov-Dec 1991.

234.  W. S. Fann, R. Storz, and J. Bokor, "Observation of above-Threshold Multiphoton Photoelectric-Emission from Image-Potential Surface-States," *Physical Review B,* vol. 44, pp. 10980-10982, Nov 1991.

235.  E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, L. Szeto, D. W. Taylor, D. M. Tennant, O. R. Wood, T. E. Jewell, D. L. White, W. K. Waskiewicz, D. L. Windt, and A. A. MacDowell, "Soft X-ray projection lithography," *Optics & Photonics News,* vol. 2, pp. 27-30, 1991.

236.  E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Gregus, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, M. L. Omalley, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, and O. R. Wood, "Experiments in Projection Lithography Using Soft X-Rays," *Microelectronic Engineering,* vol. 13, pp. 243-250, Mar 1991.

237.  T. E. Jewell, M. M. Becker, J. E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, W. M. Mansfield, A. A. MacDowell, M. L. O'Malley, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, O. R. Wood, II, and J. H. Bruning, "20:1 projection soft X-ray lithography using tri-level resist," *Proceedings of the SPIE,* vol. vol.1263, pp. 90-8, 1990.

238.  E. Bjorkholm, J. Bokor, L. Eichner, R. R. Freeman, J. Gregus, T. E. Jewell, W. M. Mansfield, A. A. Macdowell, E. L. Raab, W. T. Silfvast, L. H. Szeto, D. M. Tennant, W. K. Waskiewicz, D. L. White, D. L. Windt, O. R. Wood, and J. H.

# Curriculum Vitae - Jeffrey Bokor

Bruning, "Reduction Imaging at 14 Nm Using Multilayer-Coated Optics - Printing of Features Smaller Than 0.1-Mu-M," *Journal of Vacuum Science & Technology B,* vol. 8, pp. 1509-1513, Nov-Dec 1990.

239. J. Halas and J. Bokor, "Surface Recombination on the Si(111)2x1 Surface," *Physical Review Letters,* vol. 62, pp. 1679-1682, Apr 1989.

240. J. Bokor and N. J. Halas, "Time-Resolved Study of Silicon Surface Recombination," *Ieee Journal of Quantum Electronics,* vol. 25, pp. 2550-2555, Dec 1989.

241. J. Bokor, "Ultrafast Dynamics at Semiconductor and Metal-Surfaces," *Science,* vol. 246, pp. 1130-1134, Dec 1989.

242. S. L. Tang, J. Bokor, and R. H. Storz, "Direct Force Measurement in Scanning Tunneling Microscopy," *Applied Physics Letters,* vol. 52, pp. 188-190, Jan 1988.

243. J. Bokor, A. M. Johnson, W. M. Simpson, R. H. Storz, and P. R. Smith, "Coplanar Vacuum Photodiode for Measurement of Short-Wavelength Picosecond Pulses," *Applied Physics Letters,* vol. 53, pp. 2599-2601, Dec 1988.

244. R. Haight, J. Bokor, R. R. Freeman, and P. H. Bucksbaum, "Time and Angle Resolved Ultraviolet Photoemission Spectroscopy Studies of Single-Crystal Surface and Interfaces," *Journal of Vacuum Science & Technology a-Vacuum Surfaces and Films,* vol. 4, pp. 1481-1486, May-Jun 1986.

245. R. Haight and J. Bokor, "Direct Observation of Adsorbate-Induced Band-Gap States on Gaas(110)," *Physical Review Letters,* vol. 56, pp. 2846-2849, Jun 1986.

246. J. Bokor, R. Storz, R. R. Freeman, and P. H. Bucksbaum, "Picosecond Surface Electron Dynamics on Photoexcited Si(111) (2x1) Surfaces," *Physical Review Letters,* vol. 57, pp. 881-884, Aug 1986.

247. J. Bokor, A. M. Johnson, R. H. Storz, and W. M. Simpson, "High-Speed Circuit Measurements Using Photoemission Sampling," *Applied Physics Letters,* vol. 49, pp. 226-228, Jul 1986.

248. J. Bokor, R. R. Freeman, P. H. Bucksbaum, and R. Haight, "Time-Resolved Photoemission from Semiconductor Surfaces and Interfaces," *Journal of the Optical Society of America B-Optical Physics,* vol. 3, pp. P58-P58, Aug 1986.

249. Attwood and J. Bokor, "Coherent Shortwave Sources and Optics Advance toward Exciting Applications," *Laser Focus-Electro-Optics,* vol. 22, pp. 22-&, Jul 1986.

250. R. Haight, J. Bokor, J. Stark, R. H. Storz, R. R. Freeman, and P. H. Bucksbaum, "Picosecond Time-Resolved Photoemission-Study of the Inp(110) Surface," *Physical Review Letters,* vol. 54, pp. 1302-1305, 1985.

251. W. E. Cooke, L. A. Bloomfield, R. R. Freeman, and J. Bokor, "Planetary Atoms," *Lecture Notes in Physics,* vol. 229, pp. 187-198, 1985.

252. J. Bokor, R. Haight, R. H. Storz, J. Stark, R. R. Freeman, and P. H. Bucksbaum, "Time-Resolved and Angle-Resolved Photoemission-Study of Inp(110)," *Physical Review B,* vol. 32, pp. 3669-3675, 1985.

253. J. Bokor, "Review of Coherent Xuv Sources - Lasers and Nonlinear Optics," *Journal of the Optical Society of America a-Optics Image Science and Vision,* vol. 2, pp. P28-P28, 1985.

254. R. M. Jopson, R. R. Freeman, W. E. Cooke, and J. Bokor, "2-Photon Spectroscopy of 7sn'd Autoionizing States of Barium," *Physical Review A,* vol. 29, pp. 3154-3158, 1984.

## Curriculum Vitae - Jeffrey Bokor

255. R. Haight, J. Bokor, R. H. Storz, J. B. Stark, P. H. Bucksbaum, and R. R. Freeman, "Photoemission Apparatus Using Xuv Harmonics of a Picosecond Krf Laser," *Proceedings of the Society of Photo-Optical Instrumentation Engineers,* vol. 476, pp. 61-64, 1984.

256. W. E. Cooke, R. M. Jopson, L. A. Bloomfield, R. R. Freeman, and J. Bokor, "Correlations in Highly Excited 2-Electron Atoms - Planetary Behavior," *Aip Conference Proceedings,* pp. 91-100, 1984.

257. H. Bucksbaum and J. Bokor, "Rapid melting and regrowth velocities in silicon heated by ultraviolet picosecond laser pulses," *Physical Review Letters,* vol. 53, pp. 182-5, 1984.

258. J. Bokor, R. Haight, R. H. Storz, J. Stark, R. R. Freeman, and P. H. Bucksbaum, "Photoemission-Studies of Surfaces Using Picosecond Pulses of Coherent Extreme-Ultraviolet Radiation," *Journal of the Optical Society of America B-Optical Physics,* vol. 1, pp. 529-529, 1984.

259. A. Bloomfield, R. R. Freeman, W. E. Cooke, and J. Bokor, "Angular-Momentum Dependence of Autoionization Rates in Doubly Excited Rydberg States of Ba," *Physical Review Letters,* vol. 53, pp. 2234-2237, 1984.

260. R. M. Jopson, R. R. Freeman, W. E. Cooke, and J. Bokor, "Electron Shake-up in 2-Photon Excitation of Core Electrons to Rydberg Autoionizing States," *Physical Review Letters,* vol. 51, pp. 1640-1643, 1983.

261. R. M. Jopson, S. Darack, R. R. Freeman, and J. Bokor, "Laser-Plasma-Induced Extreme-Ultraviolet Radiation from Liquid Mercury," *Optics Letters,* vol. 8, pp. 265-267, 1983.

262. R. W. Falcone and J. Bokor, "Dichroic Beam Splitter for Extreme-Ultraviolet and Visible Radiation," *Optics Letters,* vol. 8, pp. 21-23, 1983.

263. H. Bucksbaum and J. Bokor, "Measurement of fast melting and regrowth velocities in picosecond laser heated silicon," in *Laser-Solid Interactions and Transient Thermal Processing of Materials*: Elsevier, New York, NY, USA., 1983, pp. 51-6.

264. H. Bucksbaum and J. Bokor, "Time Resolved Amorphous-Silicon Formation from Laser Melted Liquid Silicon Films," *Aip Conference Proceedings,* pp. 279-287, 1983.

265. J. Bokor, L. Eichner, R. H. Storz, P. H. Bucksbaum, and R. R. Freeman, "Wavelength Conversion with Excimer Lasers," *Aip Conference Proceedings,* pp. 143-150, 1983.

266. J. Bokor, P. H. Bucksbaum, and R. R. Freeman, "Generation of 35.5-Nm Coherent Radiation," *Optics Letters,* vol. 8, pp. 217-219, 1983.

267. J. Bokor, P. H. Bucksbaum, and D. H. Auston, "Measurement of Picosecond Ultraviolet-Laser Pulse-Widths Using an Electrical Auto-Correlator," *Applied Physics Letters,* vol. 42, pp. 342-344, 1983.

268. J. C. White, J. Bokor, and D. Henderson, "Optically Pumped Atomic Thulium Lasers," *Ieee Journal of Quantum Electronics,* vol. 18, pp. 320-322, 1982.

269. M. Jopson, R. R. Freeman, J. Bokor, and W. E. Cooke, "Planetary Atoms," *Journal of the Optical Society of America,* vol. 72, pp. 1835-1836, 1982.

270. M. Jopson, R. R. Freeman, and J. Bokor, "4-Wave Sum Frequency Generation Below 100 Nm Hg Vapor," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 203-203, 1982.

# Curriculum Vitae - Jeffrey Bokor

271. R. M. Jopson, R. R. Freeman, and J. Bokor, "Laser-Produced Plasmas in Hg - a Source of Pulsed Xuv Radiation," *Aip Conference Proceedings,* pp. 303-304, 1982.

272. Heaven, T. A. Miller, R. R. Freeman, J. C. White, and J. Bokor, "2-Photon Absorption, Laser-Induced Fluorescence Detection of C1 Atoms," *Chemical Physics Letters,* vol. 86, pp. 458-462, 1982.

273. R. R. Freeman, R. M. Jopson, J. Bokor, and P. Bucksbaum, "Laser Generation of Light in the Extreme Ultraviolet and Soft-X-Ray Regime," *Aip Conference Proceedings,* pp. 491-494, 1982.

274. R. R. Freeman, R. M. Jopson, and J. Bokor, "Generation of Light Below 100nm in Hg Vapor," *Aip Conference Proceedings,* pp. 422-430, 1982.

275. R. R. Freeman, J. Bokor, and W. E. Cooke, "Four-wave parametric mixing in optically inverted barium ions," *Physical Review A (General Physics),* vol. 26, pp. 3029-30, 1982.

276. R. R. Freeman, J. Bokor, and W. E. Cooke, "4-Wave Parametric Mixing in Optically Inverted Barium Ions," *Physical Review A,* vol. 26, pp. 3029-3030, 1982.

277. P. H. Bucksbaum, J. Bokor, J. C. White, and R. H. Storz, "A Picosecond, Tunable Krf-Star Excimer Laser Source," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 128-128, 1982.

278. J. Bokor, R. R. Freeman, and W. E. Cooke, "Autoionization-pumped laser," *Physical Review Letters,* vol. 48, pp. 1242-5, 1982.

279. J. Bokor, R. R. Freeman, and W. E. Cooke, "Selective Autoionization - a New Method for Producing Population-Inversion in Atomic Ions," *Applied Physics B-Photophysics and Laser Chemistry,* vol. 28, pp. 200-200, 1982.

280. J. Bokor, R. R. Freeman, and W. E. Cooke, "Photo-Autoionization Pumped Ba Ion Laser," *Aip Conference Proceedings,* pp. 153-162, 1982.

281. J. C. White, J. Bokor, R. R. Freeman, and D. Henderson, "Tunable Arf Excimer-Laser Source," *Optics Letters,* vol. 6, pp. 293-294, 1981.

282. J. C. White, J. Bokor, and R. R. Freeman, "Narrow-Linewidth Tunable Arfstar Excimer-Laser Source," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 80-80, 1981.

283. Rothschild, H. Egger, R. T. Hawkins, J. Bokor, H. Pummer, and C. K. Rhodes, "High-Resolution Spectroscopy of Molecular-Hydrogen in the Extreme Ultraviolet Region," *Physical Review A,* vol. 23, pp. 206-213, 1981.

284. J. Bokor, R. R. Freeman, J. C. White, and R. H. Storz, "2-Photon Excitation of the N=3 Level in H and D Atoms," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 223-223, 1981.

285. J. Bokor, R. R. Freeman, and J. C. White, "Generation of Microjoule-Level Outputs in the Vuv through 4-Wave Parametric Interactions in Mercury," *Journal of the Optical Society of America,* vol. 71, pp. 368-368, 1981.

286. J. Bokor, R. R. Freeman, R. L. Panock, and J. C. White, "Generation of High-Brightness Coherent Radiation in the Vacuum Ultraviolet by 4-Wave Parametric Oscillation in Mercury-Vapor," *Optics Letters,* vol. 6, pp. 182-184, 1981.

287. J. Bokor, R. R. Freeman, R. L. Panock, and J. C. White, "Generation of High Brightness Coherent Radiation in the Vuv Via 4-Wave Parametric Oscillation in Mercury-Vapor," *Ieee Journal of Quantum Electronics,* vol. 17, pp. 10-12, 1981.

# Curriculum Vitae - Jeffrey Bokor

288. J. Kligler, J. Bokor, and C. K. Rhodes, "Collisional and Radiative Properties of the H-2e,F1-Sigma-G+ State," *Physical Review A,* vol. 21, pp. 607-617, 1980.

289. R. T. Hawkins, H. Egger, J. Bokor, and C. K. Rhodes, "A Tunable, Ultrahigh Spectral Brightness Krfstar Excimer Laser Source," *Applied Physics Letters,* vol. 36, pp. 391-392, 1980.

290. Egger, R. T. Hawkins, J. Bokor, H. Pummer, M. Rothschild, and C. K. Rhodes, "Tunable, Narrow Bandwidth 83-Nm Light-Source," *Journal of the Optical Society of America,* vol. 70, pp. 648-649, 1980.

291. Egger, R. T. Hawkins, J. Bokor, H. Pummer, M. Rothschild, and C. K. Rhodes, "Generation of High-Spectral-Brightness Tunable Xuv Radiation at 83 Nm," *Optics Letters,* vol. 5, pp. 282-284, 1980.

292. Bokor, J. Y. Zavelovich, and C. K. Rhodes, "Multi-Photon Ultraviolet Spectroscopy of Some 6p Levels in Krypton," *Physical Review A,* vol. 21, pp. 1453-1459, 1980.

293. Bokor, J. Zavelovich, and C. K. Rhodes, "Isotope Effect in Multi-Photon Ultraviolet Photolysis of Co," *Journal of Chemical Physics,* vol. 72, pp. 965-971, 1980.

294. Bokor and C. K. Rhodes, "Energy Splitting between the B-State and C-State of Xenon Chloride," *Journal of Chemical Physics,* vol. 73, pp. 2626-2628, 1980.

295. R. T. Hawkins, H. Egger, J. Bokor, and C. K. Rhodes, "Ultra-Narrow Linewidth Excimer Laser Sources," *Journal of the Optical Society of America,* vol. 69, pp. 1449-1449, 1979.

296. J. Eggleston, J. Dallarosa, W. K. Bischel, J. Bokor, and C. K. Rhodes, "Generation of 16-Mu-M Radiation in (Nh3)-N-14 by 2-Quantum Excitation of the 2-Nu-2-(7,5) State," *Journal of Applied Physics,* vol. 50, pp. 3867-3870, 1979.

297. J. Bokor, W. K. Bischel, and C. K. Rhodes, "Doppler-Free Spectroscopy of the Nu-2-Band in Nh3-N-14 - Application to 16-Mu-M Generation," *Journal of Applied Physics,* vol. 50, pp. 4541-4544, 1979.

298. W. K. Bischel, J. Bokor, D. J. Kligler, and C. K. Rhodes, "Non-Linear Optical Processes in Atoms and Molecules Using Rare-Gas Halide Lasers," *Ieee Journal of Quantum Electronics,* vol. 15, pp. 380-392, 1979.

299. W. K. Bischel, J. Bokor, J. Dallarosa, and C. K. Rhodes, "Arf Laser Photolysis of Ocse .2. Effect of Vibrational-Excitation on Se(1s) Quantum Yields," *Journal of Chemical Physics,* vol. 70, pp. 5593-5597, 1979.

300. J. Bokor, W. K. Bischel, and C. K. Rhodes, "Optical Down Conversion of 10 Mu-M Radiation to 16 Mu-M Range," *Journal of the Optical Society of America,* vol. 68, pp. 671-672, 1978.

## Curriculum Vitae - Jeffrey Bokor

## Refereed Conference Papers

1. T. Schenkel, C. D. Weis, C. C. Lo, A. Persaud, I. Chakarov, D. H. Schneider, J. Bokor, A. Lapierre, S. Schwarz, and T. Baumann, "Deterministic Doping and the Exploration of Spin Qubits," in Proceedings of the Xii International Symposium on Electron Beam Ion Sources and Traps. vol. 1640, pp. 124-128, 2015.
2. B. Lambson, Z. Gu, J. Bokor, D. Carlton, S. Dhuey, A. Scholl,  "Error immunity techniques for nanomagnetic logic," in *2012 IEEE International Electron Devices Meeting (IEDM)*, 2012, p. 4.
3. B. Lambson, J. Bokor, "Temperature dependence of heat dissipation during Landauer erasure of nanomagnets," *2012 12th IEEE Conference on Nanotechnology*, p. 3, 2012.
4. J. Bokor, B. Lambson, D. Carlton, Z. Gu, and J. Hong, "Exploring the thermodynamic limits of computation using nanomagnetic logic," in *Nanoenergy Letters* (http://www.nanoenergyletters.com/node/189), 2013, p. 23.
5. J. Bokor, "Prospects for emerging nanoelectronics in mainstream information processing systems," in IEEE/ACM International Conference on Computer Aided Design - Digest of Technical Papers. San Jose, CA, 2006.
6. X. Liu, A. San Paulo, M. Park, and J. Bokor, "Characterization of acoustic vibration modes at GHz frequencies in bulk acoustic wave resonators by combination of scanning laser interferometry and scanning acoustic force microscopy," MEMS 2005 Technical Digest, pp. 175-8., 2005.
7. Yang-Kyu Choi, Daewon Ha, E. Snow, J. Bokor, and Tsu-Jae King, "Reliability study of CMOS FinFETs," in *International Electron Devices Meeting* 2003, pp. 7.6.1-4.
8. X. Peiqi, S. Min, B. Harteneck, A. Liddle, J. Bokor, and T. J. King, "FinFET SONOS flash memory for embedded applications," in *IEEE International Electron Devices Meeting* 2003, pp. 26.4.1-4.
9. C. Yang-Kyu, C. Leland, P. Ranade, L. Jeong-Soo, H. Daewon, S. Balasubramanian, A. Agarwal, M. Ameen, K. Tsu-Jae, and J. Bokor, "FinFET process refinements for improved mobility and gate work function engineering," in *International Electron Devices Meeting. Technical Digest*, 2002, pp. 259-62.
10. C. Yang-Kyu, N. Lindert, X. Peiqi, S. Tang, H. Daewon, E. Anderson, K. Tsu-Jae, J. Bokor, and H. Chenming, "Sub-20 nm CMOS FinFET technologies," in *International Electron Devices Meeting. Technical Digest*, 2001, pp. 19.1.1-4.
11. S. H. Tang, L. Chang, N. Lindert, C. Yang-Kyu, L. Wen-Chin, H. Xuejue, V. Subramanian, J. Bokor, K. Tsu-Jae, and H. Chenming, "FinFET-a quasi-planar double-gate MOSFET," in 2001 *IEEE International Solid-State Circuits Conference. Digest of Technical Papers*, 2001, pp. 118-19.
12. Y. Moonsuk, T. Haga, C. Walton, and J. Bokor, ""Actinic-only" defects in EUVL mask blanks-native defects, barely detectable by visible-light inspection," in 2001 *International Microprocesses and Nanotechnology Conference*, 2001, pp. 88-9.
13. N. Lindert, C. Yang-Kyu, C. Leland, E. Anderson, L. Wenchin, K. Tsu-Jae, J. Bokor, and H. Chenming, "Quasi-planar NMOS FinFETs with sub-100 nm gate lengths," in *Device Research Conference*, 2001, pp. 26-7.

# Curriculum Vitae - Jeffrey Bokor

14. N. Lindert, Y. K. Choi, L. Chang, E. Anderson, W. C. Lee, T. J. King, J. Bokor, and C. Hu, "Quasi-planar FinFETs with selectively grown germanium raised source/drain," in *IEEE International SOI Conference*, 2001, pp. 111-12.
15. J. Kedzierski, I. MeiKei, X. Peiqi, J. Bokor, K. Tsu-Jae, and H. Chenming, "Design analysis of thin-body silicide source/drain devices," in *IEEE International SOI Conference*, 2001, pp. 21-2.
16. S. H. Tang, X. Peiqi, J. Bokor, and H. Chenming, "Comparison of short-channel effect and offstate leakage in symmetric vs. asymmetric double gate MOSFETs," in *IEEE International SOI Conference*, 2000, pp. 120-1.
17. X. Peiqi, J. Kedzierski, V. Subranmanian, J. Bokor, K. Tsu-Jae, and H. Chenming, "60 nm planarized ultra-thin body solid phase epitaxy MOSFETs," in *58th DRC. Device Research Conference*, 2000, pp. 67-8.
18. J. Kedzierski, P. Xuan, E. H. Anderson, J. Bokor, K. Tsu-Jae, and H. Chenming, "Complementary silicide source/drain thin-body MOSFETs for the 20 nm gate length regime," in *International Electron Devices Meeting*, 2000, pp. 57-60.
19. Y. -K. Choi, J. Yoo-Chan, P. Ranade, H. Takenuchi, Tsu-Jae King, J. Bokor, and H. C. Hu, "30 nm ultra-thin-body SOI MOSFET with selectively deposited Ge raised S/D," in *58th DRC. Device Research Conference*, 2000, pp. 23-4.
20. L. Chang, S. Tang, Tsu-JaeKing,, J. Bokor, and C. Hu, "Gate length scaling and threshold voltage control of double-gate MOSFETs," in *International Electron Devices Meeting*, 2000, pp. 719-22.
21. Yang-Kyu Choi, K. Asano, N. Lindert, V. Subramanian, Tsu-Jae King, J. Bokor, and C. Hu, "Ultra-thin body SOI MOSFET for deep-sub-tenth micron era," in *International Electron Devices Meeting* 1999, pp. 919-21.
22. Xuejue Huang, Wen-Chin Lee, Charles Kuo, D. Hisamoto, Leland Chang, J. Kedzierski, E. Anderson, H. Takeuchi, Yang-Kyu Choi, K. Asano, V. Subramanian, Tsu-Jae King, J. Bokor, and C. Hu, "Sub 50-nm FinFET: PMOS," in *International Electron Devices Meeting*, 1999, pp. 67-70.
23. V. Subramanian, J. Kedzierski, N. Lindert, H. Tam, Y. Su, J. McHale, K. Cao, T. J. King, J. Bokor, and C. Hu, "A bulk-Si-compatible ultrathin-body SOI technology for sub-100 nm MOSFETs," in *57th Annual Device Research Conference*, 1999, pp. 28-9.
24. M. S. Krishnan, L. Chang, K. Tsu-Jae, J. Bokor, and C. Hu, "MOSFETs with 9 to 13 A thick gate oxides," in *International Electron Devices Meeting*, 1999, pp. 241-4.
25. M. Orshansky, D. Sinitsky, P. Scrobahaci, J. Bokor, and C. Hu, "Impact of velocity overshoot, polysilicon depletion, and inversion layer quantization on NMOSFET scaling," in *56th Annual Device Research Conference*, 1998, pp. 18-19.
26. M. S. Krishnan, Yee Chia Yeo, Qiang Lu, Tsu-Jae King, J. Bokor, and C. Hu, "Remote charge scattering in MOSFETs with ultra-thin gate dielectrics," in *International Electron Devices Meeting*, 1998, pp. 571-4.
27. D. Sinitsky, F. Assaderaghi, M. Orshansky, J. Bokor, and C. Hu, "An extension of BSIM3 model incorporating velocity overshoot," in *International Symposium on VLSI Technology, Systems, and Applications,* 1997, pp. 307-10.
28. H. C. Wann, C. Hu, K. Noda, D. Sinitsky, F. Assaderaghi, and J. Bokor, "Channel doping engineering of MOSFET with adaptable threshold voltage using body effect

## Curriculum Vitae - Jeffrey Bokor

for low voltage and low power applications," in *International Symposium on VLSI Technology, Systems, and Applications*, 1995, pp. 159-63.

29. F. Assaderaghi, D. Sinitsky, S. Parke, J. Bokor, P. K. Ko, and C. Hu, "A dynamic threshold voltage MOSFET (DTMOS) for ultra-low voltage operation," in *International Electron Devices Meeting*, 1994, pp. 809-12.

30. F. Assaderaghi, D. Sinitsky, H. Gaw, J. Bokor, P. K. Ko, and C. Hu, "Saturation velocity and velocity overshoot of inversion layer electrons and holes," in *International Electron Devices Meeting*, 1994, pp. 479-82.

31. R. H. Yan, K. F. Lee, D. Y. Jeon, Y. O. Kim, B. G. Park, M. R. Pinto, C. S. Rafferty, D. M. Tennant, E. H. Westerwick, G. M. Chin, M. D. Morris, K. Early, P. Mulgrew, W. M. Mansfield, R. K. Watts, A. M. Voshchenkov, J. Bokor, R. G. Swartz, and A. Ourmazd, "High performance 0.1-&mu;m room temperature Si MOSFETs," in *1992 Symposium on VLSI Technology.*, 1992, pp. 86-7.